B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>King Cut Concrete Cutters, Inc. | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>20-1118754 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>5400 Fieldstone Way<br>McHenry, IL<br>ZIP Code: 60051 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>McHenry | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code: | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code: |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | King Cut Concrete Cutters, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)  (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | King Cut Concrete Cutters, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X *[signed]*
Signature of Attorney for Debtor(s)

Adam P. Silverman, Esq. ARDC #6256676
Printed Name of Attorney for Debtor(s)

Adelman & Gettleman, Ltd.
Firm Name

53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
Address

312-435-1050  Fax: 312-435-1059
Telephone Number

3/31/2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signed] Lisa M Beese*
Signature of Authorized Individual

Lisa Beese
Printed Name of Authorized Individual

President
Title of Authorized Individual

3/31/2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of Illinois

In re: King Cut Concrete Cutters, Inc.
Debtor(s)

Case No.
Chapter 7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 116

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: 3/31/2015

Lisa Beese/President
Signer/Title

.

1st Rental and Sales, Inc.
7190 N. Cherryvale Mall Drive
Rockford, IL 61112


Ace Towing & Recovery
5407 Fieldstone Way
Johnsburg, IL 60051


AIG
121 Spear Street, 6th floor
San Francisco, CA 94105


American Demolition Corporation
305 Ramona Avenue
Elgin, IL 60120-8029


Ameritemp, Ltd.
3314 N. Richmond Road, Suite 100
Johnsburg, IL 60051


Associated Industrial Distributors
1145 South Route 31, Unit "I" 250
Crystal Lake, IL 60014


Atlas Bobcat, LLC
27282 Network Place
Chicago, IL 60673-1272


Berggren Door
2411 Hiller Ridge Rd Suite G
McHenry, IL 60051


BHFX Digital Imaging
80 W. Seegers Road
Arlington Heights, IL 60005


Billy L. Diltz
611 Country Club Dr
McHenry, IL 60050


Blue Book
P.O. Box 500
Jefferson Valley, NY 10535

BP Business Solutions
P.O. Box 923928
Norcross, GA 30010


C & S Fabrication Services, Inc.
3408 Fawn Lane
Wonder Lake, IL 60097


Cement Masons' Union, Local 502
Savings Funds, Welfare, Pension &
Apprentice Educ & Training Trust Funds
P.O. Box 71650
Chicago, IL 60694-1650


Central Point Solutions
13134 S 5800 W
Herriman, UT 84096


Central Rubber Company
844 East Jackson Street
Belvidere, IL 61008


Chuhak & Tecson, P.C.
30 S. Wacker Drive
26th Flr., CH 60606-7413


City of Chicago, Department of Finance
Department of Finance P.O. Box 88292
Chicago, IL 60680-1292


Comcast
P.O. Box 3002
Southeastern, PA 19398-3002


ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111


Concrete Solutions & Supply Co.
27615 Wilmot Rd. ( Hwy C)
Trevor, WI 53179


Construction Data Company
P.O. Box 981097
Boston, MA 02298-1097

Corley, Rex & Sheri
1723 Redwood Lane
McHenry, IL 60051


Corley, Sheri
1723 Redwood Lane
McHenry, IL 60051


Costabile & Steffens P.C.
1805 Hicks Road
Rolling Meadows, IL 60008


Crusader Mfg., Inc.
517 First Street
Farmington, MN 55024


CTL Group
5400 Old Orchard Road
Skokie, IL 60077


Curb Cutters, Inc.
463 DuPahze Street
Naperville, IL 60565


Department of the Treasury
IRS-Centralized Insolvency Operations
Revenue Officer S. Oglesby
PO Box 21126
Philadelphia, PA 19114


DeWitt Ross & Stevens, S.C.
Two East Mifflin Street, Suite 600
Madison, WI 53703-2865


Diamond Blade Solutions
5255 North Federal Highway, Third Floor
Boca Raton, FL 33487


Diamond Blade Solutions
S84W18756 Enterprise Drive
Muskego, WI 53150


Diamond Chain International
P.O. Box 5699
Vernon Hills, IL 60061

Diamond Discs International
8530 W National Ave.
West Allis, WI 53227


Diamond Products Limited
P.O. Box 7445
Cleveland, OH 44194-4454


Diteq Corporation
9876 Pflumm Road
Lenexa, KS 66215


Double S. Janitorial Service, Inc.
P.O. Box 444
McHenry, IL 60051-9007


Duff, John
3400 N Richmond Rd.
Johnsburg, IL 60051


Emil Marunde
W9188 Sawmill Road
Blanchardville, WI 53516


Expert Equipment Company
7204 Wynnpark Drive
Houston, TX 77008


Fastenal Company
P.O. Box 1286
Winona, MN 55987-1286


First Insurance Funding
P.O. Box 66468
Chicago, IL 60666-0468


First Midwest Bank
300 Park Blvd., Suite 400
Itasca, IL 60143


Frontier Communications
1398 S. Woodland Blvd., Suite B
Deland, FL 32720

Fuchs & Roselli, Ltd.
440 West Randolph, Suite 500
Chicago, IL 60606

GFC Leasing, a division of
Gordon Flesch Co., Inc.
2675 Research Park Drive
Madison, WI 53711

Gordon Flesch Company, Inc.
401 N. Kirk Rd.
Geneva, IL 60134

Graefe & Hansen, LTD.
55 W. Monroe Street, Suite 3550
Chicago, IL 60603

Grainger
Dept. 864789649
Palatine, IL 60038-0001

Great Lakes Fire & Safety Equipment Co.
3331 W. Elm St. (Rt. 120)
McHenry, IL 60051

Hinckley Springs
P.O. Box 660579
Dallas, TX 75266-0579

Husqvarna
c/o C2C Reso Collection Agency
56 Perimeter Center East Suite 100
Atlanta, GA 30346

Husqvarna Construction Products
North America
17400 west 119th Street
Olathe, KS 66061

Illinois Department of Revenue
100 W. Randolph
Bankruptcy Section-Level 7-425
Chicago, IL 60601

Illinois Dept. of Employment Security
33 South State Street
9th Floor
Chicago, IL 60603


Indiana Department of Revenue
8368 Louisiana
Merrillville, IN 46410


Internal Revenue Service
Special Procedures Branch
230 S. Dearborn, Suite 3030A
Attn: STOP 5010-CHI
Chicago, IL 60604


James S. Jorgensen, Administrator
of Laborer's Pension and Welfare Fund
11465 Cermak Road
Westchester, IL 60154


Jerrod Olszewski
Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604


K. Hoving Recycling & Disposal
2351 Powis Road
West Chicago, IL 60185


K2 Diamond
23911 Garnier St.
Torrance, CA 90505


Laborers' Pension & Welfare Funds
11465 Cermak Road
Westchester, IL 60154


Laborers' Work Dues Fund
999 McClintock Drive, Suite 300
Burr Ridge, IL 60527


Lake County Contractors Association
1312 Washington Street
Waukegan, IL 60085

Lincoln Contractors Supply, Inc.
P.O. Box 27016Milwaukee, WI 53227
Milwaukee, WI 53227


Lisa Beese
1804 Hillside Lane
McHenry, IL 60051


M.A.R.S. Starters & Alt
P.O. Box 703
DeKalb, IL 60115


Mark and Lisa Beese
1804 Hillside Lane
McHenry, IL 60051


Martin & Company Excavating
2456 E. Pleasant Grove Rd
Oregon, IL 61061


McCann Industries, Inc.
P.O. Box 5609
Carol Stream, IL 60197-5609


McHenry County Physical Therapy
406 N. Front Street, Suite B
McHenry, IL 60050-5593


McHenry Heating & Air, Inc.
4561 Prime Parkway
McHenry, IL 60050


Mechanical Power, Inc.
135 Kerry Lane
Wauconda, IL 60084


Mercy Health System
1000 Mineral Point Avenue
Janesville, WI 53548


Meyer Material Company
Aggregate Industries - MWR, Inc., Dept C
Palatine, IL 60055-6434

```
MHS Physician Services
1000 Mineral Point Avenue
Janesville, WI 53548-2940


Mike Redinger
1845 Deforest Ln
Hanover Park, IL 60133


Mike's Towing, Inc.
Auto & Truck Repair
908 N. Rand Road
Wauconda, IL 60084


NexTraq
P.O. Box 538566
Atlanta, GA 30353-8566


Nextraq
1200 Lake Heam Drive
Suite 500
Atlanta, GA 30319


Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197-5407


O'Reilly Automotive
Collection Agency
4455 Genesee Street, Suite 116
Buffalo, NY 14225


O'Reilly Automotive
67 S US Hwy 12
Fox Lake, IL 60020-1750


Outdoor Lighting Const. Co., Inc.
8628 W. Calumet Road
Milwaukee, WI 53224


Ozinga Ready Mix Concrete, Inc.
P.O. Box 910
Frankfort, IL 60423
```

Physicians Immediate Care
PO Box 544, Dept. 5390
Milwaukee, WI 53201-0544


Quality Tire Service
2420 Hiller Ridge
Johnsburg, IL 60051


Ray Chevrolet
39 North Route 12
Fox Lake, IL 60020


Rentals and More, Inc.
325 W. Belvidere Road
Round Lake Park, IL 60073


Robinson Payne LLC
2800 West Higgins Road, Suite 160
Hoffman Estates, IL 60169


Ross J. Peters & Associates
33 N County St., Ste. 402
Waukegan, IL 60085


Sam's Club/Synchrony Bank
P.O. Box 530981
Atlanta, GA 30353-0981


Sherwin Industries, Inc.
c/o Collection Agency
325 North Corporate Drive, Suite 100
Brookfield, WI 53045-5828


Sherwin Industries, Inc.
2129 W. Morgan Ave.
Milwaukee, WI 53221


Silverman Consulting
c/o Tishler & Wald, Ltd.
200 S. Wacker Dr., Suite 3000
Chicago, IL 60606


Silverman Consulting
5750 Old Orchard Road
Skokie, IL 60077

Special Investigations & Security Expert
203 N. LaSalle, Suite 2100
Chicago, IL 60601


State Farm
c/o Murfreesboro Collection Agency
1411 N. Westshore Blvd., Suite 100
Tampa, FL 33607


State Farm
2500 Memorial Blvd.
Murfreesboro, TN 37131


Subsurface Radar Solutions, LLC
17750 Beaverton Road
Capron, IL 61012


Sunbelt Rentals
1275 West Mount Street
Columbus, OH 43223


The Blue Book
P.O. Box 500
Jefferson Valley, NY 10535


Three Rivers Safety Council
1615 W. Jefferson St.
Joliet, IL 60435


Uline
Attention: Accounts Payable
PO Box 88741
Chicago, IL 60680-1741


Uline
c/o A.G. Adjustments, Ltd.
740 Walt Whitman Road
Melville, NY 11747-9090


Underground Contractors Assoc.
500 Park Blvd., Suite 154C
Itasca, IL 60143

V-Belt Global Supply, LLC
1409 N. K Avenue
Sioux Falls, SD 57104


V-Belt Global Supply, LLC
c/o TCS Corp.
Collections/Legal Division
6715 NE 63rd St., Suite 263
Vancouver, WA 98661


VCNA Prairie, Inc.
7601 W. 79th Street
Bridgeview, IL 60455


Verizon
P.O. Box 4002
Acworth, GA 30101


Village of Beach Park
Water & Sewer Dept., 11270 W. Wadsworth
Beach Park, IL 60099


Welders Supply Company
P.O. Box 875
Beloit, WI 53512


West Side Tractor Sales
West Side Exchange, Dept. 4570, P.O. Box
Chicago, IL 60680-0618


Westfield Insurance
P.O. Box 5001
Westfield Center, OH 44251-5001


Wex Fleet Universal
P.O. Box 6293
Carol Stream, IL 60197-6293


Wisconsin Dept. of Revenue
2135 Rimrock Road
Madison, WI 53173