UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| KING CUT CONCRETE CUTTERS, INC. | ) | CASE NO: 15-80868 |
| | ) | |
| DEBTOR(S) | ) | CHAPTER 7 |

### APPLICATION TO PAY FINAL ACCOUNTING FEES

NOW COMES the Trustee, BERNARD J. NATALE, and submits this Application to Pay Final Accounting Fees of Neal Richardson and the Accounting Firm of Wipfli LLP, and states as follows:

1. That the above named debtor filed for relief under Chapter 7 the United States Bankruptcy Code on March 31, 2015.

2. The applicant was approved by the Court on December 21, 2015, to act as Accountant for the Estate with an hourly fee of $85 per hour for clerical through $375 per hour for senior partners.

3. Neal Richardson and the Accounting Firm of Wipfli LLP have provided certain and actual necessary accounting services to the Debtor and to the Estate.

4. This Court previously approved fees for this applicant on October 5, 2016 in the sum of $6,974.00 for services rendered January 1, 2016 through August 8, 2016.

5. The sum of $6,974.00 has been paid against said award.

6. Based upon the nature, extent and value of the services performed by and the cost of comparable services other than that in a case under this title, the reasonable compensation for such accounting services at this time is $1,559.00,

based on hourly fees of $95/per hour for clerical to $385 per hour for senior partners, as per the Attached Exhibit "A".

**WHEREFORE**, your applicant prays that after notice and a hearing the Court authorizes final compensation in the sum of $1,559.00 for Neal Richardson and the Accounting Firm of Wipfli LLP for accounting services rendered regarding the above captioned matter for the period of November 22, 2016 through February 8, 2017.

DATED:   March 28, 2017

/S/    **BERNARD J NATALE**
**BERNARD J NATALE ,TRUSTEE FOR THE ESTATE OF KING CUT CONCRETE CUTTERS, INC.**

PREPARED BY:
ATTORNEY BERNARD J NATALE
BERNARD J NATALE, LTD
1639 N Alpine Road, Ste 401
Rockford IL 61107
Phone: (815) 964-4700
Fax: (815) 316-4646