# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### WESTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| KING CUT CONCRETE CUTTERS INC. | § | Case No. 15-80868 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/31/2015 .  The undersigned trustee was appointed on 03/31/2015 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of            $            274,515.93

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 37,166.80 |
| Bank service fees | 6,567.92 |
| Other payments to creditors | 8,921.24 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]        $        221,859.97

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  08/13/2015  and the deadline for filing governmental claims was  09/28/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 16,975.80 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 16,975.80 , for a total compensation of $ 16,975.80 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 13.56 , for total expenses of $ 13.56 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/07/2017                    By:/s/BERNARD J. NATALE
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 15-80868 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |

Case Name:   KING CUT CONCRETE CUTTERS INC.

Date Filed (f) or Converted (c):   03/31/2015 (f)

341(a) Meeting Date:   05/07/2015

For Period Ending:   06/07/2017

Claims Bar Date:   08/13/2015

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  JPMorgan Chase Bank 2911 Commerce Drive Johnsbur | 42,686.26 | 42,686.26 | | 55,858.92 | FA |
| 2.  First Midwest Bank P.O. Box 9003 Gurnee, Illinoi | 0.00 | 0.00 | | 0.00 | FA |
| 3.  First Midwest Bank P.O. Box 9003 Gurnee, Illinoi | 0.00 | 0.00 | | 0.00 | FA |
| 4.  Harris Bank P.O. Box 94033 Palatine, IL 60094-40 | 0.00 | 0.00 | | 0.00 | FA |
| 5.  Emil Marunde W9188 Sawmill Road Blanchardville, | 2,900.00 | 2,900.00 | | 0.00 | FA |
| 6.  Westfield Insurance One Park Circle Westfield Ce | 0.00 | 0.00 | | 0.00 | FA |
| 7.  Commerce & Industry Insurance Company An AIG Com | 0.00 | 0.00 | | 0.00 | FA |
| 8.  See attached Schedule B-16 prepared as of March | 426,549.00 | 0.00 | | 159,857.01 | FA |
| 9.  GRECO Contractors 2100 South Mt. Prospect Road D | 68,416.21 | 10,000.00 | | 10,000.00 | FA |
| 10.  Debtor represented by Mike Alesia and Richard Ca | 0.00 | 0.00 | | 0.00 | FA |
| 11.  Intellectual property associated with trade name | 0.00 | 0.00 | | 0.00 | FA |
| 12.  Goodwill and other general intangibles related t | 0.00 | 0.00 | | 0.00 | FA |
| 13.  See attached Schedule B-25 listing VIN # and mil | 94,487.00 | 48,000.00 | | 48,800.00 | FA |
| 14.  Office equipment, furnishings and supplies (book | 21,660.00 | 21,660.00 | | 0.00 | FA |
| 15.  Machinery, equipment, blades, bits, and other as | 300,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $956,698.47 | $125,246.26 | | $274,515.93 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

WAITING FOR CHECK TO ACCOUNTANT TO CLEAR AND FINAL REPORT WILL BE FILED.

Case 15-80868    Doc 96    Filed 06/14/17    Entered 06/14/17 11:25:47    Desc Main
Document      Page 4 of 26

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Imported from original petition Doc# 9 |
| RE PROP # | 2 | -- | Imported from original petition Doc# 9 |
| RE PROP # | 3 | -- | Imported from original petition Doc# 9 |
| RE PROP # | 4 | -- | Imported from original petition Doc# 9 |
| RE PROP # | 5 | -- | Imported from original petition Doc# 9 |
| RE PROP # | 6 | -- | Imported from original petition Doc# 9 |
| RE PROP # | 7 | -- | Imported from original petition Doc# 9 |
| RE PROP # | 8 | -- | Imported from original petition Doc# 9 |
| RE PROP # | 10 | -- | Imported from original petition Doc# 9 |
| RE PROP # | 11 | -- | Imported from original petition Doc# 9 |
| RE PROP # | 12 | -- | Imported from original petition Doc# 9 |
| RE PROP # | 13 | -- | Imported from original petition Doc# 9 |
| RE PROP # | 14 | -- | Imported from original petition Doc# 9 |
| RE PROP # | 15 | -- | Imported from original petition Doc# 9 |

Initial Projected Date of Final Report (TFR): 06/30/2017          Current Projected Date of Final Report (TFR): 06/30/2017

Page: 1

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 15-80868 | Trustee Name: BERNARD J. NATALE | Exhibit B |
| Case Name: KING CUT CONCRETE CUTTERS INC. | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX8111 | |
| | Checking | |
| Taxpayer ID No: XX-XXX8754 | Blanket Bond (per case limit): $3,000.00 | |
| For Period Ending: 06/07/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $213,983.94 | | $213,983.94 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $61.56 | $213,922.38 |
| 04/04/16 | 8 | Lunda Construction Company P O Box 669 Black River Falls WI 54615-0699 | Account Receivable Attached Documents states this is final payment | 1121-000 | $40.00 | | $213,962.38 |
| 04/04/16 | 8 | American Door and Dock General Account 2125 Hammond Drive Schaumburg IL 60173 | Account Receivable Memo on check states Reverse of BJE bik is $8520 -- settled amount owed | 1121-000 | $9,300.00 | | $223,262.38 |
| 04/04/16 | 8 | Stark Pavement Corporation Division of Northwest Asphalt Inc 12845 W Burleight Road Brookfield WI 53005 | Account Receivable | 1121-000 | $2,208.86 | | $225,471.24 |
| 04/04/16 | 8 | JPS Inc P O Box 120 Medford WI 54451 | Account Receivable Reference Transaction No: 121511 BFWD and 31630 1141BPCR | 1121-000 | $46.18 | | $225,517.42 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $317.97 | $225,199.45 |
| 05/04/16 | 8 | Payne & Dolan, Inc. P.O. Box 781 Waukesha, WI  53187-0781 | Account Receivable Invoice Nos: 252806-01, 252806-02, 252806-03 | 1121-000 | $146.58 | | $225,346.03 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $322.34 | $225,023.69 |
| 05/13/16 | 8 | MGMechanical Contracting Inc 1513 Lamb Road Woodstock IL 60098 | Pymt of A/R Payment of A/R Invoices 029592, 029594, 029493, 029636 | 1121-000 | $645.00 | | $225,668.69 |
| 06/02/16 | 5001 | INTERNATIONAL SURETIES SUITE 420 701 POYDRAS STREET NEW ORLEANS LA 70139 | Bond# 016018067 | 2300-000 | | $116.67 | $225,552.02 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*          Page Subtotals:          $226,370.56          $818.54

Case 15-80868   Doc 96   Filed 06/14/17   Entered 06/14/17 11:25:47   Desc Main
**FORM 2**
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD
Document   Page 6 of 26

Exhibit B

| Case No: 15-80868 | | | | | | |
| Case Name: KING CUT CONCRETE CUTTERS INC. | | | | Trustee Name: BERNARD J. NATALE | | |
| | | | | Bank Name: Associated Bank | | |
| | | | | Account Number/CD#: XXXXXX8111 | | |
| | | | | Checking | | |
| Taxpayer ID No: XX-XXX8754 | | | | Blanket Bond (per case limit): $3,000.00 | | |
| For Period Ending: 06/07/2017 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $335.10 | $225,216.92 |
| 06/24/16 | 9 | Greco Contractors, Inc. 2100 South Mt. Prospect Road Des Plaines, IL 6018 | Settlement Funds | 1149-000 | $10,000.00 | | $235,216.92 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $327.91 | $234,889.01 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $349.23 | $234,539.78 |
| 08/26/16 | 5002 | Illinois Department of Revenue P O Box 19053 Springfield IL 62794-9053 | 2015 Small Bus Corp Replacement Tax IL 1120 ST | 2820-000 | | $2,261.00 | $232,278.78 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $348.66 | $231,930.12 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $333.82 | $231,596.30 |
| 10/07/16 | 5003 | WIPFLI LLP P O BOX 3160 MILWAUKEE, WI  53201-3160 | Payment of Invoice #1037539 | 3410-000 | | $6,974.00 | $224,622.30 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $337.96 | $224,284.34 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $322.70 | $223,961.64 |
| 12/12/16 | 8 | Cornerstone Pavers LLC 6422 N. State Hwy 31, Suite 1 Racine, WI 53402 | Account Receivable | 1121-000 | $1,081.50 | | $225,043.14 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $334.00 | $224,709.14 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*          Page Subtotals:          $11,081.50          $11,924.38

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 15-80868
Case Name: KING CUT CONCRETE CUTTERS INC.

Trustee Name: BERNARD J. NATALE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8111
Checking

Taxpayer ID No: XX-XXX8754
For Period Ending: 06/07/2017

Blanket Bond (per case limit): $3,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $334.11 | $224,375.03 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $301.31 | $224,073.72 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $333.13 | $223,740.59 |
| 04/20/17 | 5004 | WIPFLI LLP P O BOX 3160 MILWAUKEE, WI 53201-3160 | Pymt of Inv 1087348/421807 Pymt of Final Acctg Fees | 3410-000 | | $1,559.00 | $222,181.59 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $321.62 | $221,859.97 |

|  | | | COLUMN TOTALS | | $237,452.06 | $15,592.09 | |
|  | | | Less: Bank Transfers/CD's | | $213,983.94 | $0.00 | |
|  | | | Subtotal | | $23,468.12 | $15,592.09 | |
|  | | | Less: Payments to Debtors | | $0.00 | $0.00 | |
|  | | | Net | | $23,468.12 | $15,592.09 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*          Page Subtotals:          $0.00          $2,849.17

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 15-80868 | Trustee Name:  BERNARD J. NATALE | |
| Case Name:  KING CUT CONCRETE CUTTERS INC. | Bank Name:  Rabobank, N.A. | |
| | Account Number/CD#:  XXXXXX66 | |
| | Checking Account | |
| Taxpayer ID No:  XX-XXX8754 | Blanket Bond (per case limit):  $3,000.00 | |
| For Period Ending:  06/07/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/28/15 | 1 | King Cut Concrete Cutters, Inc. (Cashier's Check) , | Money from checking account | 1129-000 | $5,350.74 | | $5,350.74 |
| 05/28/15 | 8 | Pan-Oceanic Engineering Co., Inc. 8501 W. Higgins Road Suite 630 Chicago, IL  60631 | A/R No Invoice Numbers indicated with payment | 1121-000 | $405.00 | | $5,755.74 |
| 05/28/15 | 8 | Pan-Oceanic Engineering Co., Inc. 8501 W. Higgins Road Suite 630 Chicago, IL  60631 | A/R pymt (no Invoice Numbers indicated) | 1121-000 | $1,863.99 | | $7,619.73 |
| 05/28/15 | 8 | Pan-Oceanic Engineering Co., Inc. 8501 W. Higgins Road Suite 630 Chicago, IL  60631 | A/R pymt (no Invoice Numbers indicated) | 1121-000 | $630.00 | | $8,249.73 |
| 05/28/15 | 8 | Pan-Oceanic Engineering Co., Inc. 8501 W. Higgins Road Suite 630 Chicago, IL  60631 | A/R pymt (no Invoice Numbers indicated) | 1121-000 | $1,377.00 | | $9,626.73 |
| 05/28/15 | 8 | Pan-Oceanic Engineering Co., Inc. 8501 W. Higgins Road Suite 630 Chicago, IL  60631 | A/R pymt (no Invoice Numbers indicated) | 1121-000 | $6,740.20 | | $16,366.93 |
| 05/28/15 | 8 | Pan-Oceanic Engineering Co., Inc. 8501 W. Higgins Road Suite 630 Chicago, IL  60631 | A/R pymt (no Invoice Numbers indicated) | 1121-000 | $1,654.70 | | $18,021.63 |
| 05/28/15 | 8 | Pan-Oceanic Engineering Co., Inc. 8501 W. Higgins Road Suite 630 Chicago, IL  60631 | A/R pymt (no Invoice Numbers indicated) | 1121-000 | $6,494.66 | | $24,516.29 |
| 05/28/15 | 8 | Pan-Oceanic Engineering Co., Inc. 8501 W. Higgins Road Suite 630 Chicago, IL  60631 | A/R pymt (no Invoice Numbers indicated) | 1121-000 | $6,786.00 | | $31,302.29 |
| 05/28/15 | 8 | Ram Mechanical Services, Inc. 258 South Westgate Drive Carol Stream, IL  60188 | A/R pymt  Invoice No 029708 dated 02/19/15 | 1121-000 | $1,080.00 | | $32,382.29 |

| | | |
|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 8)* | Page Subtotals: | $32,382.29   $0.00 |

Case 15-80868   Doc 96   Filed 06/14/17   Entered 06/14/17 11:25:47   Desc Main
Document   Page 9 of 26

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 15-80868 | Trustee Name:  BERNARD J. NATALE |
| Case Name: KING CUT CONCRETE CUTTERS INC. | Bank Name:  Rabobank, N.A. |
| | Account Number/CD#:  XXXXXX66 |
| | Checking Account |
| Taxpayer ID No: XX-XXX8754 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 06/07/2017 | Separate Bond (if applicable): |

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/28/15 | 8 | Ram Mechanical Services, Inc. 258 South Westgate Drive Carol Stream, IL  60188 | A/R pymt  Invoice No: 29732 dated 02/24/15 | 1121-000 | $750.00 | | $33,132.29 |
| 05/28/15 | 8 | Michels Corporation 817 West Main Street Brownsville, WI  53006 | 18 Invoices dated 03/20/2013 through 01/09/2015 Funds are to be t/o the bk as they applicable & predate IRS priority claim | 1121-000 | $1,749.57 | | $34,881.86 |
| 05/28/15 | 8 | Cornerstone Pavers, LLC 6422 N. Highway Suite 1 Racine, WI  53402 | Invoice Date 01/23/2015 Funds are to be t/o the bk as they against Invoice 28645 | 1121-000 | $1,730.53 | | $36,612.39 |
| 05/28/15 | 8 | Michels Corporation 817 West Main Street Brownsville, WI  53006 | Invoice Date 04/02/2015 Funds are to be t/o the bk as they applicable & predate IRS priority claim | 1121-000 | $431.81 | | $37,044.20 |
| 05/28/15 | 8 | Cornerstone Pavers, LLC 6422 N. Highway Suite 1 Racine, WI  53402 | Invoice Date 03/02/2015 Funds are to be t/o the bk as they against Invoice 28645 | 1121-000 | $1,758.06 | | $38,802.26 |
| 05/28/15 | 8 | Emcor Services Team Mechanical 431 Lexington Drive Buffalo Grove, IL  60089 | Invoice Date 02/17/2015 Invoice No 29695 | 1121-000 | $600.00 | | $39,402.26 |
| 05/28/15 | 8 | JP Cullen PO Box 5957 Janesville, WI  535475957 | Invoice Date 02/28/2015 (Invoice Numbers 29585 & 29586) | 1121-000 | $6,161.60 | | $45,563.86 |
| 05/28/15 | 8 | JP Cullen | Error in check amount Error Deposit #100003-6 | 1121-000 | ($1.00) | | $45,562.86 |
| 06/03/15 | 8 | Cornerstone Pavers, LLC 6422 N. Highway Suite 1 Racine, WI  53402 | Numerous Invoices Prior to 09/2014 All Funds Due to First Midwest Bank | 1121-000 | $1,534.96 | | $47,097.82 |
| 06/03/15 | 8 | Village of Beach Park 11270 W. Wadsworth Road Beach Park, IL  60099 | Refund Hydrant Deposit | 1121-000 | $550.40 | | $47,648.22 |
| 06/03/15 | 8 | Burke's Hauling Inc. 17128 Lukens Road Sycamore, IL  60178 | Invoice Date 10/29/2014 | 1121-000 | $450.00 | | $48,098.22 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*                    Page Subtotals:                    $15,715.93          $0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 15-80868
Case Name: KING CUT CONCRETE CUTTERS INC.

Trustee Name:  BERNARD J. NATALE
Bank Name:  Rabobank, N.A.
Account Number/CD#:  XXXXXX66
Checking Account

Taxpayer ID No: XX-XXX8754
For Period Ending: 06/07/2017

Blanket Bond (per case limit): $3,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/03/15 | 8 | Payne & Dolan, Inc. PO Box 781 Waukesha, WI  531870781 | Numeroud Invoices Prior to 09/2014 All Funds Owed to First Midwest Bank | 1121-000 | $56.31 | | $48,154.53 |
| 06/03/15 | 8 | Richard Weidner Concrete, Inc. 7705 Industrial Drive Suite G Spring Grove, IL  60081 | Invoice Date 12/18/2014 | 1121-000 | $750.00 | | $48,904.53 |
| 06/08/15 | 101 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA  70139 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #15-80868, BOND #016018067 | 2300-000 | | ($83.15) | $48,987.68 |
| 06/08/15 | 101 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA  70139 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #15-80868, BOND #016018067 | 2300-000 | | $83.15 | $48,904.53 |
| 06/08/15 | 102 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA  70139 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #15-80868, BOND #016018067 | 2300-000 | | $88.20 | $48,816.33 |
| 06/18/15 | 1 | National Account Services 20855 Stone Oak Parkway Floor 3A San Antonio, TX  78258 | Balance Remaining in Chase Chkg Account | 1129-000 | $50,508.18 | | $99,324.51 |
| 06/22/15 | 8 | DeWitt Ross & Stevens Capitol Square Office Two East Mifflin Suite 600 Madison, WI  537032865 | Pymt on Inv 12231 Payment on Invoice 12231 | 1121-000 | $1,328.00 | | $100,652.51 |
| 06/29/15 | 103 | First Midwest Bank % Ray Ostler 208 S LaSalle Street , Suite 1410 Chicago, IL  60604 | Pymt of Receivables to Bank per Order of Compromise entered 6/24/15 | 4210-000 | | $7,337.49 | $93,315.02 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $101.02 | $93,214.00 |
| 07/20/15 | | PPL Group LLC Escrow Account 105 Revere Drive Suite C Northbrook, IL  60062 | Auction Proceeds | | $41,360.00 | | $134,574.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Page Subtotals:  $94,002.49   $7,526.71

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 15-80868
Case Name: KING CUT CONCRETE CUTTERS INC.

Taxpayer ID No: XX-XXX8754
For Period Ending: 06/07/2017

Trustee Name: BERNARD J. NATALE
Bank Name: Rabobank, N.A.
Account Number/CD#: XXXXXX66
Checking Account
Blanket Bond (per case limit): $3,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Gross Receipts | $48,800.00 | | | |
| | | PPL Group , | 5% Commission Pay to Auctioneer | ($2,440.00) | 3610-000 | | |
| | | PPL Group , | Contracted Expenses of Auctioneer | ($5,000.00) | 3620-000 | | |
| | 13 | | See attached Schedule B-25 listing VIN # and mil | $48,800.00 | 1129-000 | | |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $163.29 | $134,410.71 |
| 08/04/15 | 8 | Payne & Dolan Incorporated P.O. Box 781 Waukesha, WI  531870781 | Invoice #450868-10 Waukegan Airport Job | 1121-000 | $1,352.50 | | $135,763.21 |
| 08/04/15 | 8 | Payne & Dolan Incorporated P.O. Box 781 Waukesha, WI  531870781 | Invoices 28253 28270 28385 28814 (Ostler) | 1121-000 | $1,650.25 | | $137,413.46 |
| 08/04/15 | 8 | MG Mechanical Contracting, Inc. 1513 Lamb Road Woodstock, IL  60098 | Invoice #029594 and #029636 | 1121-000 | $2,385.00 | | $139,798.46 |
| 08/05/15 | 104 | First Midwest Bank % Ray Ostler 208 S LaSalle Street , Suite 1410 Chicago, IL  60604 | Pymt of Receivables to Bank per Order of Compromise entered 6/24/15 Replicated from check #103 | 4210-000 | | $1,453.61 | $138,344.85 |
| 08/27/15 | 105 | Emil Manrunde W9188 Swamill Road Blanchardville, WI  535169603 | Ref # RENT  03 31 15 - 06 30 15 Per Order Entered on 8-26-15 Docket #59 | 2410-000 | | $1,393.20 | $136,951.65 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $192.24 | $136,759.41 |
| 09/14/15 | 8 | Montemayor Construction, Inc. 1655 N. Lancaster Road South Elgin, IL  60177 | Pymt of Lufthansa Job | 1121-000 | $9,649.46 | | $146,408.87 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $217.84 | $146,191.03 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*          Page Subtotals:                    $15,037.21          $3,420.18

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 15-80868
Case Name: KING CUT CONCRETE CUTTERS INC.

Taxpayer ID No: XX-XXX8754
For Period Ending: 06/07/2017

Trustee Name: BERNARD J. NATALE
Bank Name: Rabobank, N.A.
Account Number/CD#: XXXXXX66
Checking Account
Blanket Bond (per case limit): $3,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/06/15 | 106 | Jan J Acquafredda The J Joseph Group CPA 1635 N Arlington Heights Rd Suite 107 Arlington Heights, IL  60004 | Ref # INVOICE #961 | 3410-000 | | $520.00 | $145,671.03 |
| 10/21/15 | 8 | Cornerstone Pavers, LLC 6422 N. Highway 31 Suite 1 Racine, WI  53402 | Pymt of Various Invoices | 1121-000 | $752.03 | | $146,423.06 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $210.21 | $146,212.85 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $203.29 | $146,009.56 |
| 12/21/15 | 8 | Mathy Construction Company P O Box 189 Onalaska, WI  546500189 | Check is dated 8/21/15, but received from debtor on 12/21/15 | 1121-000 | $65.90 | | $146,075.46 |
| 12/21/15 | 8 | Michels Corporation 817 West Main Street Brownsville, WI  53006 | Check is dated 11/05/15, but received from debtor on 12/21/15 | 1121-000 | $112.99 | | $146,188.45 |
| 12/21/15 | 8 | Lunda Construction Company P O Box 669 Black River Falls, WI  546150699 | Check is dated 8/07/15, but received from debtor on 12/21/15 | 1121-000 | $130.14 | | $146,318.59 |
| 12/21/15 | 8 | Reyes Group, Ltd 15515 S Crawford Avenue Markham, IL  60428 | Check is dated 09/23/2015, but received from debtor on 12/21/15 | 1121-000 | $764.89 | | $147,083.48 |
| 12/21/15 | 8 | Advance Mechanical Systems, Inc 425 E Algonquin Road Arlington Heights, IL  60005 | Check is dated 07/23/15, but received from debtor on 12/21/15 | 1121-000 | $2,781.10 | | $149,864.58 |
| 12/21/15 | 8 | Advance Mechanical Systems, Inc 425 E Algonquin Road Arlington Heights, IL  60005 | Check is dated 04/2715, but received from debtor on 12/21/15 | 1121-000 | $2,850.00 | | $152,714.58 |
| 12/21/15 | 8 | Kellenberger Plumbing & Underground,Inc 13N365 High Chapparel Elgin, IL  60124 | Check is dated 8/20/15, but received from debtor on 12/21/15 | 1121-000 | $4,500.00 | | $157,214.58 |
| 12/21/15 | 8 | Pepper Construction 411 Lake Zurich Road Barrington, IL  60010 | Check is dated 11/05/15, but received from debtor on 12/21/15~ | 1121-000 | $55,715.30 | | $212,929.88 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*          Page Subtotals:          $67,672.35          $933.50

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 15-80868
Case Name: KING CUT CONCRETE CUTTERS INC.

Trustee Name: BERNARD J. NATALE
Bank Name: Rabobank, N.A.
Account Number/CD#: XXXXXX66
Checking Account

Taxpayer ID No: XX-XXX8754
For Period Ending: 06/07/2017

Blanket Bond (per case limit): $3,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/21/15 | 107 | BERNARD J. NATALE BERNARD J. NATALE, LTD. 1639 N. ALPINE ROAD, SUITE 401 ROCKFORD, IL 61107 | PYMT OF INTERIM FEES & EXPENSES 04/06/15-11/30/15 | | | $16,814.73 | $196,115.15 |
| | | | $0.00 | 3110-000 | | | |
| | | J. NATALE, ATTY. BERNARD | Ref # EXPENSES 4/06/15-11/30/15 ($530.98) | 3120-000 | | | |
| | | J. NATALE, ATTY. BERNARD | ($16,283.75) | 3110-000 | | | |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $252.65 | $195,862.50 |
| 01/06/16 | 108 | First Midwest Bank % Ray Ostler 208 S LaSalle Street , Suite 1410 Chicago, IL 60604 | Pymt of Receivables to Bank per Order of Compromise entered 6/24/15 Pymt Re Lunda Const Co Ck #600760 | 4210-000 | | $130.14 | $195,732.36 |
| 01/19/16 | 8 | Title Underwriters Agency 1235 N. Mulford Road Rockford, IL 61107 | Pymt of Account Receivable - Hendricks Comm Properties | 1121-000 | $285.00 | | $196,017.36 |
| 01/19/16 | 8 | Payne & Dolan Incorporated P.O. Box 781 Waukesha, WI 531870781 | Pymt of Account Receivable Re 252640-50 & 252640-51 | 1121-000 | $308.57 | | $196,325.93 |
| 01/19/16 | 8 | Title Underwriters Agency 1235 N. Mulford Road Rockford, IL 61107 | Pymt of Account Receivable Re Hendricks Comm Properties | 1121-000 | $517.50 | | $196,843.43 |
| 01/19/16 | 8 | Cornerstone Pavers, LLC 6422 N. Highway Suite 1 Racine, WI 53402 | Pymt of Account Receivable Re KC2014-6 RR | 1121-000 | $864.97 | | $197,708.40 |
| 01/19/16 | 8 | Title Underwriters Agency 1235 N. Mulford Road Rockford, IL 61107 | Pymt Account Receivable Re Hendricks Comm Properties | 1121-000 | $2,047.50 | | $199,755.90 |
| 01/19/16 | 8 | Emcor Services Team mechanical, Inc. 431 Lexington Drive Buffalo Grove, IL 60089 | Pymt A/R Re 29624 29625 29666R 29719 1423165 1423254 | 1121-000 | $6,640.00 | | $206,395.90 |

UST Form 101-7-TFR (5/1/2011) (Page: 13)                Page Subtotals:                $10,663.54    $17,197.52

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-80868

Case Name: KING CUT CONCRETE CUTTERS INC.

Trustee Name: BERNARD J. NATALE

Bank Name: Rabobank, N.A.

Account Number/CD#: XXXXXX66

Checking Account

Taxpayer ID No: XX-XXX8754

For Period Ending: 06/07/2017

Blanket Bond (per case limit): $3,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/19/16 | 8 | Pan-Oceanic Engineering Co., Inc. 6436 W. Higgins Avenue Chicago, IL  60656 | Pymt Account Receivable | 1121-000 | $8,134.00 | | $214,529.90 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $279.61 | $214,250.29 |
| 02/24/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank Service Fee | 2600-000 | | $266.35 | $213,983.94 |
| 02/24/16 | | Transfer to Acct # xxxxxx8111 | Transfer of Funds | 9999-000 | | $213,983.94 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $243,607.81 | $243,607.81 |
| Less: Bank Transfers/CD's | $0.00 | $213,983.94 |
| Subtotal | $243,607.81 | $29,623.87 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $243,607.81 | $29,623.87 |

Page Subtotals:                    $8,134.00          $214,529.90

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX66   - Checking Account | $243,607.81 | $29,623.87 | $0.00 |
| XXXXXX8111 - Checking | $23,468.12 | $15,592.09 | $221,859.97 |
| | $267,075.93 | $45,215.96 | $221,859.97 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $7,440.00 |
| Total Net Deposits: | $267,075.93 |
| Total Gross Receipts: | $274,515.93 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 3:15-80868-TML

Debtor Name: KING CUT CONCRETE CUTTERS INC.

Claims Bar Date: 8/13/2015

Date: June 7, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $16,975.80 | $16,975.80 |
| TRTEE XP 100 2200 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $13.56 | $13.56 |
| 2015 Cor Tax 100 2820 | Illinois Department of Revenue<br>P O Box 19053<br>Springfield, IL  62794-9053 | Administrative | | $0.00 | $2,261.00 | $2,261.00 |
| ATTYFI N 100 3110 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $15,053.75 | $15,053.75 |
| EXPFIN 100 3120 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $75.61 | $75.61 |
| WIPFLI 2 100 3410 | WIPFLI LLP<br>P O BOX 3160<br>MILWAUKEE, WI  53201-3160 | Administrative | | $0.00 | $1,559.00 | $1,559.00 |
| 1037539 100 3410 | WIPFLI LLP<br>P O BOX 3160<br>MILWAUKEE, WI  53201-3160 | Administrative | | $0.00 | $6,974.00 | $6,974.00 |
| BOND 199 2300 | LTD INTERNATIONAL<br>SURETIES<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA  70139 | Administrative | | $0.00 | $88.20 | $88.20 |
| BOND 199 2300 | LTD INTERNATIONAL<br>SURETIES<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA  70139 | Administrative | | $0.00 | $116.67 | $116.67 |

Printed: June 7, 2017

**UST Form 101-7-TFR (5/1/2011)** *(Page: 16)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 3:15-80868-TML                                                                Date: June 7, 2017

Debtor Name: KING CUT CONCRETE CUTTERS INC.

Claims Bar Date: 8/13/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| ADMRENT 199 2410 | Emil Manrunde W9188 Swamill Road Blanchardville, WI 53516-9603 | Administrative | Per Order Entered on 8-26-15 Docket #59 | $0.00 | $1,393.20 | $1,393.20 |
| INTFEE 199 3110 | ATTY. BERNARD J. NATALE 1639 N ALPINE ROAD SUITE 401 EDGEBROOK OFFICE CENTER ROCKFORD, IL 61107 | Administrative | Per Order entered on 12/21/15 | $0.00 | $16,283.75 | $16,283.75 |
| INTEXP 199 3120 | ATTY. BERNARD J. NATALE 1639 N ALPINE ROAD SUITE 401 EDGEBROOK OFFICE CENTER ROCKFORD, IL 61107 | Administrative | Per Order entered on 12/21/15. | $0.00 | $530.98 | $530.98 |
| ACCT 199 3410 | Jan J Acquafredda The J Joseph Group CPA 1635 N Arlington Heights Rd Suite 107 Arlington Heights, IL 60004 | Administrative | | $0.00 | $520.00 | $520.00 |
| 7S 200 4210 | Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Secured | | $0.00 | $128,979.45 | $128,979.45 |
| 8P 201 5400 | U. A. Plumbers Pension Fund Local 130 Gregorio Marco 2 N. LaSalle St., Suite 1650 Chicago, IL 60602 | Priority | | $0.00 | $6,133.87 | $6,133.87 |
| 7P 202 5800 | Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Priority | | $0.00 | $364,191.04 | $364,191.04 |
| 13P 202 5800 | Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338 | Priority | | $0.00 | $7,810.87 | $7,810.87 |
| 16P 202 5800 | Illinois Department of Employment Security 33 S State St., 10th Flr. Collection Bk Chicago, IL 60603 | Priority | | $0.00 | $83,928.59 | $83,928.59 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 17)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 3:15-80868-TML                                                                                                    Date: June 7, 2017
Debtor Name: KING CUT CONCRETE CUTTERS INC.
Claims Bar Date: 8/13/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 32 202 5800 | Wisconsin Department of Revenue Special Procedures Unit POB 8901 Madison, WI  53708-8901 | Priority | Claim amended on 06/03/16 and total amount now unsecured for $7104.85 | $0.00 | $4,922.66 | $4,922.66 |
| 27 300 7100 | AIG Property Casualty Inc. Ryan G. Foley, Authorized Representative 175 Water Street,15th Floor New York, NY  10038 | Unsecured | Objection Notes: The claim is filed as a secured claim, but it does not appear from the claim that same is entitled to be secured.  the Trustee consents to allowance of the claim as a general unsecured claim. | $0.00 | $3,115.74 | $3,115.74 |
| 30 300 7100 | First Insurance Funding Corp 450 Skokie Blvd., Suite 1000 Northbrook, IL  60062 | Unsecured | Objection Notes: The claim is filed as a secured claim due to scrivener's error in the Clerk's office. Trustee consents to allowance of the claim as a general unsecured claim. | $0.00 | $14,316.03 | $14,316.03 |
| 4 400 4210 | First Midwest Bank One Pierce Place, Suite 1500 Itasca, IL  60143 | Secured | | $0.00 | $245,293.97 | $245,293.97 |
| 21 400 4210 | Laborers' Pension & Welfare Funds c/o Jerrod Olszewski 111 W. Jackson Blvd., Suite 1415 Chicago, IL  60604 | Secured | | $0.00 | $508,638.74 | $508,638.74 |
| 1 610 7100 | Diamond Discs International c/o American Financial Management Inc 8755 West Higgins Suite 610 Chicago, IL  60631-2751 | Unsecured | | $0.00 | $41,733.37 | $41,733.37 |
| 2 610 7100 | Fleetcor Technologies 16800 Greenspoint Park Suite 255 N Houston, TX  77060 | Unsecured | | $0.00 | $12,068.72 | $12,068.72 |
| 3 610 7100 | CTLGroup attn. Brian E. Neuffer, General Counsel 5400 Old Orchard Rd. Skokie, IL  60077-1030 | Unsecured | | $0.00 | $18,894.88 | $18,894.88 |
| 7U 610 7100 | Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA  19101-7346 | Unsecured | | $0.00 | $23,324.40 | $23,324.40 |

UST Form 101-7-TFR (5/1/2011) *(Page: 18)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 3:15-80868-TML                                                    Date: June 7, 2017

Debtor Name: KING CUT CONCRETE CUTTERS INC.

Claims Bar Date: 8/13/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8U<br>610<br>7100 | U. A. Plumbers Pension Fund<br>Local 130<br>Gregorio Marco<br>2 N. LaSalle St., Suite 1650<br>Chicago, IL  60602 | Unsecured | | $0.00 | $8,017.04 | $8,017.04 |
| 9<br>610<br>7100 | Silverman Consulting Inc.<br>c/o Bruce L. Wald,Tishler & Wald,<br>Ltd.,200 S. Wacker Dr., Suite 3000<br>Chicago, IL  60606 | Unsecured | | $0.00 | $29,810.50 | $29,810.50 |
| 10<br>610<br>7100 | Diamond Products Limited<br>Attn: Christine Good<br>333 Prospect St.<br>Elyria, OH  44035 | Unsecured | | $0.00 | $1,290.36 | $1,290.36 |
| 11<br>610<br>7100 | Outdoor Lighting Const. Co. Inc.<br>8628 W. Calumet Road<br>Milwaukee, WI 53224 | Unsecured | | $0.00 | $2,493.34 | $2,493.34 |
| 12<br>610<br>7100 | M. A. R. S. Starters & Alt<br>P.O. Box 703<br>DeKalb, IL  60115 | Unsecured | | $0.00 | $1,264.40 | $1,264.40 |
| 13U<br>610<br>7100 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL  60664-0338 | Unsecured | | $0.00 | $1,716.19 | $1,716.19 |
| 14<br>610<br>7100 | Sherwin Industries Inc.<br>2129 W. Morgan Ave.<br>Milwaukee, WI  53221 | Unsecured | | $0.00 | $13,404.40 | $13,404.40 |
| 15<br>610<br>7100 | Gordon Flesch Company Inc.<br>Attn. Doug Dietzen c/o GFC<br>Leasing<br>P.O. Box 1708<br>Madison, WI  53701 | Unsecured | | $0.00 | $4,899.00 | $4,899.00 |
| 16U<br>610<br>7100 | Illinois Department of Employment<br>Security<br>33 S State St., 10th Flr. Collection<br>Bk<br>Chicago, IL  60603 | Unsecured | | $0.00 | $1,240.00 | $1,240.00 |

UST Form 101-7-TFR (5/1/2011) (Page: 19)

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 3:15-80868-TML                                                                                          Date: June 7, 2017

Debtor Name: KING CUT CONCRETE CUTTERS INC.

Claims Bar Date: 8/13/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 17 610 7100 | M. A. R. S. Starters and Alternators P.O. BOX 703 DEKALB, IL 60115 | Unsecured | | $0.00 | $1,264.40 | $0.00 |
| | | | Objection Notes: The claim is a duplicate of Claim No. 12 filed in the amount of $1264.40 on which will be allowed. | | | |
| 18 610 7100 | DS Services/Hinckley Springs Deborah Johnson, Bankruptcy Processor 6750 Discovery Blvd. Mableton, GA 30126 | Unsecured | | $0.00 | $161.81 | $161.81 |
| 19 610 7100 | Greco/Pirtano Joint Venture c/o Zukowski, Rogers, Flood & McArdle Attn: David McArdle,50 Virginia Street Crystal Lake, IL 60014 | Unsecured | Objection Notes: Objection to claim was withdrawn by the Trustee. | $0.00 | $210,239.65 | $210,239.65 |
| 20 610 7100 | Robinson Payne LLC 2800 W.Higgins Road Suite 160 Hoffman Estates, IL 60169-7221 | Unsecured | | $0.00 | $7,540.00 | $7,540.00 |
| 22 610 7100 | Sheri Corley 1723 Redwood Lane McHenry, IL 60051 | Unsecured | | $0.00 | $97,721.49 | $97,721.49 |
| 23 610 7100 | Fastenal Company 2001 Theurer Blvd. Winona, MN 55987 | Unsecured | | $0.00 | $14,816.84 | $14,816.84 |
| 24 610 7100 | Graefe & Hansen LTD. 55 W. Monroe Street, Suite 3550 Chicago, IL 60603 | Unsecured | | $0.00 | $14,518.50 | $14,518.50 |
| 25 610 7100 | Orzinga Ready Mix Concrete Inc. Attn: Dave Huitsing 19001 Old LaGrange Road, Suite 300 Mokena, IL 60448 | Unsecured | | $0.00 | $15,660.52 | $15,660.52 |
| 26 610 7100 | VCNA Prairie Inc. c/o Attorney John J. O'Leary,Walters Levine Klingensmith & Thomison,,20 North Chicago, IL 60602 | Unsecured | | $0.00 | $15,603.52 | $15,603.52 |

UST Form 101-7-TFR (5/1/2011) *(Page: 20)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 3:15-80868-TML                                                                                      Date: June 7, 2017

Debtor Name: KING CUT CONCRETE CUTTERS INC.

Claims Bar Date: 8/13/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 28 610 7100 | Diamond Blade Solutions S78W16432 Spinnaker Drive Muskego, WI  53150 | Unsecured | 414-430-7033  Mike | $0.00 | $70,428.29 | $70,428.29 |
| 29 610 7100 | O'Neil & O'Neil Inc. c/o Mark O'Neil 8424 N Oak Niles, IL  60719 | Unsecured | Objection Notes: Trustee objected to claim as contingent, unliquidated and disputed in amount, and further, objected to allowing as a priority wage claim as it appears any sum due claimant was earned more than 6 months prior to the filing of the debtor's petition, or cessation of debtor's business.  Trustee has no objection to allowing claim as a general unsecured claim. | $0.00 | $75,000.00 | $75,000.00 |
| 31 610 7100 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami, FL  33131-1605 | Unsecured | | $0.00 | $632.88 | $632.88 |
| 32U 610 7100 | Wisconsin Department of Revenue Special Procedures Unit POB 8901 Madison, WI  53708-8901 | Unsecured | Claim amended on 6/3/16 see Claim 32. | $0.00 | $2,182.19 | $2,182.19 |
| 5 950 4110 | First Midwest Bank One Pierce Place, Suite 1500 Itasca, IL  60143 | Secured | | $0.00 | $156,004.54 | $156,004.54 |
| 6 950 4110 | First Midwest Bank One Pierce Place, Suite 1500 Itasca, IL  60143 | Secured | | $0.00 | $100,430.52 | $100,430.52 |
| | Case Totals | | | $0.00 | $2,371,538.23 | $2,370,273.83 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: June 7, 2017

UST Form 101-7-TFR (5/1/2011) (Page: 21)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-80868
Case Name: KING CUT CONCRETE CUTTERS INC.
Trustee Name: BERNARD J. NATALE

Balance on hand                                    $              221,859.97

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 21 | Laborers' Pension & Welfare Funds | $ 508,638.74 | $ 508,638.74 | $ 0.00 | $ 0.00 |
| 4 | First Midwest Bank | $ 245,293.97 | $ 245,293.97 | $ 0.00 | $ 0.00 |
| 5 | First Midwest Bank | $ 156,004.54 | $ 156,004.54 | $ 0.00 | $ 0.00 |
| 6 | First Midwest Bank | $ 100,430.52 | $ 100,430.52 | $ 0.00 | $ 0.00 |
| 7S | Department of the Treasury | $ 128,979.45 | $ 128,979.45 | $ 0.00 | $ 128,979.45 |

Total to be paid to secured creditors              $              128,979.45

Remaining Balance                                  $               92,880.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 16,975.80 | $ 0.00 | $ 16,975.80 |
| Trustee Expenses: BERNARD J. NATALE | $ 13.56 | $ 0.00 | $ 13.56 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 15,053.75 | $ 0.00 | $ 15,053.75 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 75.61 | $ 0.00 | $ 75.61 |
| Accountant for Trustee Fees: WIPFLI LLP | $ 8,533.00 | $ 8,533.00 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: ATTY. BERNARD J. NATALE | $ 16,283.75 | $ 16,283.75 | $ 0.00 |
| Other: ATTY. BERNARD J. NATALE | $ 530.98 | $ 530.98 | $ 0.00 |
| Other: Emil Manrunde | $ 1,393.20 | $ 1,393.20 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 2,261.00 | $ 2,261.00 | $ 0.00 |
| Other: Jan J Acquafredda | $ 520.00 | $ 520.00 | $ 0.00 |
| Other: LTD INTERNATIONAL SURETIES | $ 204.87 | $ 204.87 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $_____32,118.72

Remaining Balance    $_____60,761.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 466,987.03  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8P | U. A. Plumbers Pension Fund Local 130 | $ 6,133.87 | $ 0.00 | $ 6,133.87 |
| 7P | Department of the Treasury | $ 364,191.04 | $ 0.00 | $ 43,169.94 |
| 13P | Illinois Department of Revenue | $ 7,810.87 | $ 0.00 | $ 925.87 |
| 16P | Illinois Department of Employment Security | $ 83,928.59 | $ 0.00 | $ 9,948.60 |
| 32 | Wisconsin Department of Revenue | $ 4,922.66 | $ 0.00 | $ 583.52 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 60,761.80 |
| Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 702,094.06  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 27 | AIG Property Casualty Inc. | $    3,115.74 | $    0.00 | $    0.00 |
| 30 | First Insurance Funding Corp | $   14,316.03 | $    0.00 | $    0.00 |
| 1 | Diamond Discs International | $   41,733.37 | $    0.00 | $    0.00 |
| 2 | Fleetcor Technologies | $   12,068.72 | $    0.00 | $    0.00 |
| 3 | CTLGroup | $   18,894.88 | $    0.00 | $    0.00 |
| 7U | Department of the Treasury | $   23,324.40 | $    0.00 | $    0.00 |
| 8U | U. A. Plumbers Pension Fund Local 130 | $    8,017.04 | $    0.00 | $    0.00 |
| 9 | Silverman Consulting Inc. | $   29,810.50 | $    0.00 | $    0.00 |
| 10 | Diamond Products Limited | $    1,290.36 | $    0.00 | $    0.00 |
| 11 | Outdoor Lighting Const. Co. Inc. | $    2,493.34 | $    0.00 | $    0.00 |
| 12 | M. A. R. S. Starters & Alt | $    1,264.40 | $    0.00 | $    0.00 |
| 13U | Illinois Department of Revenue | $    1,716.19 | $    0.00 | $    0.00 |
| 14 | Sherwin Industries Inc. | $   13,404.40 | $    0.00 | $    0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 15 | Gordon Flesch Company Inc. | $ 4,899.00 | $ 0.00 | $ 0.00 |
| 16U | Illinois Department of Employment Security | $ 1,240.00 | $ 0.00 | $ 0.00 |
| 18 | DS Services/Hinckley Springs | $ 161.81 | $ 0.00 | $ 0.00 |
| 19 | Greco/Pirtano Joint Venture | $ 210,239.65 | $ 0.00 | $ 0.00 |
| 20 | Robinson Payne LLC | $ 7,540.00 | $ 0.00 | $ 0.00 |
| 22 | Sheri Corley | $ 97,721.49 | $ 0.00 | $ 0.00 |
| 23 | Fastenal Company | $ 14,816.84 | $ 0.00 | $ 0.00 |
| 24 | Graefe & Hansen LTD. | $ 14,518.50 | $ 0.00 | $ 0.00 |
| 25 | Orzinga Ready Mix Concrete Inc. | $ 15,660.52 | $ 0.00 | $ 0.00 |
| 26 | VCNA Prairie Inc. | $ 15,603.52 | $ 0.00 | $ 0.00 |
| 28 | Diamond Blade Solutions | $ 70,428.29 | $ 0.00 | $ 0.00 |
| 29 | O'Neil & O'Neil Inc. | $ 75,000.00 | $ 0.00 | $ 0.00 |
| 31 | GE Capital Retail Bank | $ 632.88 | $ 0.00 | $ 0.00 |
| 32U | Wisconsin Department of Revenue | $ 2,182.19 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $_____ 0.00

Remaining Balance        $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE