# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### WESTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| KING CUT CONCRETE CUTTERS INC. | § | Case No. 15-80868 |
| | § | |
| Debtor | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
Northern District of Illinois
Western Division
327 S. Church Street, Room 1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 07/05/2017 in Courtroom 3100,

United States Bankruptcy Court
327 S Church Street
Rockford IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/07/2017          By: /S/ BERNARD J. NATALE
                                      TRUSTEE


*BERNARD J. NATALE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re:                                          §
                                                §
KING CUT CONCRETE CUTTERS INC.   §          Case No. 15-80868
                                                §
          Debtor                                §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 274,515.93 |
| and approved disbursements of | $ | 52,655.96 |
| leaving a balance on hand of[1] | $ | 221,859.97 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 21 | Laborers' Pension & Welfare Funds | $  508,638.74 | $  508,638.74 | $  0.00 | $  0.00 |
| 4 | First Midwest Bank | $  245,293.97 | $  245,293.97 | $  0.00 | $  0.00 |
| 5 | First Midwest Bank | $  156,004.54 | $  156,004.54 | $  0.00 | $  0.00 |
| 6 | First Midwest Bank | $  100,430.52 | $  100,430.52 | $  0.00 | $  0.00 |
| 7S | Department of the Treasury | $  128,979.45 | $  128,979.45 | $  0.00 | $  128,979.45 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 128,979.45 |
| Remaining Balance | $ | 92,880.52 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 16,975.80 | $ 0.00 | $ 16,975.80 |
| Trustee Expenses: BERNARD J. NATALE | $ 13.56 | $ 0.00 | $ 13.56 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 15,053.75 | $ 0.00 | $ 15,053.75 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 75.61 | $ 0.00 | $ 75.61 |
| Accountant for Trustee Fees: WIPFLI LLP | $ 8,533.00 | $ 8,533.00 | $ 0.00 |
| Other: ATTY. BERNARD J. NATALE | $ 16,283.75 | $ 16,283.75 | $ 0.00 |
| Other: ATTY. BERNARD J. NATALE | $ 530.98 | $ 530.98 | $ 0.00 |
| Other: Emil Manrunde | $ 1,393.20 | $ 1,393.20 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 2,261.00 | $ 2,261.00 | $ 0.00 |
| Other: Jan J Acquafredda | $ 520.00 | $ 520.00 | $ 0.00 |
| Other: LTD INTERNATIONAL SURETIES | $ 204.87 | $ 204.87 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses      $          32,118.72

Remaining Balance      $          60,761.80


Applications for prior chapter fees and administrative expenses have been filed as follows:


NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 466,987.03  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8P | U. A. Plumbers Pension Fund Local 130 | $ 6,133.87 | $ 0.00 | $ 6,133.87 |
| 7P | Department of the Treasury | $ 364,191.04 | $ 0.00 | $ 43,169.94 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 13P | Illinois Department of Revenue | $ 7,810.87 | $ 0.00 | $ 925.87 |
| 16P | Illinois Department of Employment Security | $ 83,928.59 | $ 0.00 | $ 9,948.60 |
| 32 | Wisconsin Department of Revenue | $ 4,922.66 | $ 0.00 | $ 583.52 |

Total to be paid to priority creditors     $ 60,761.80

Remaining Balance     $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 702,094.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 27 | AIG Property Casualty Inc. | $ 3,115.74 | $ 0.00 | $ 0.00 |
| 30 | First Insurance Funding Corp | $ 14,316.03 | $ 0.00 | $ 0.00 |
| 1 | Diamond Discs International | $ 41,733.37 | $ 0.00 | $ 0.00 |
| 2 | Fleetcor Technologies | $ 12,068.72 | $ 0.00 | $ 0.00 |
| 3 | CTLGroup | $ 18,894.88 | $ 0.00 | $ 0.00 |
| 7U | Department of the Treasury | $ 23,324.40 | $ 0.00 | $ 0.00 |
| 8U | U. A. Plumbers Pension Fund Local 130 | $ 8,017.04 | $ 0.00 | $ 0.00 |
| 9 | Silverman Consulting Inc. | $ 29,810.50 | $ 0.00 | $ 0.00 |
| 10 | Diamond Products Limited | $ 1,290.36 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Outdoor Lighting Const. Co. Inc. | $ 2,493.34 | $ 0.00 | $ 0.00 |
| 12 | M. A. R. S. Starters & Alt | $ 1,264.40 | $ 0.00 | $ 0.00 |
| 13U | Illinois Department of Revenue | $ 1,716.19 | $ 0.00 | $ 0.00 |
| 14 | Sherwin Industries Inc. | $ 13,404.40 | $ 0.00 | $ 0.00 |
| 15 | Gordon Flesch Company Inc. | $ 4,899.00 | $ 0.00 | $ 0.00 |
| 16U | Illinois Department of Employment Security | $ 1,240.00 | $ 0.00 | $ 0.00 |
| 18 | DS Services/Hinckley Springs | $ 161.81 | $ 0.00 | $ 0.00 |
| 19 | Greco/Pirtano Joint Venture | $ 210,239.65 | $ 0.00 | $ 0.00 |
| 20 | Robinson Payne LLC | $ 7,540.00 | $ 0.00 | $ 0.00 |
| 22 | Sheri Corley | $ 97,721.49 | $ 0.00 | $ 0.00 |
| 23 | Fastenal Company | $ 14,816.84 | $ 0.00 | $ 0.00 |
| 24 | Graefe & Hansen LTD. | $ 14,518.50 | $ 0.00 | $ 0.00 |
| 25 | Orzinga Ready Mix Concrete Inc. | $ 15,660.52 | $ 0.00 | $ 0.00 |
| 26 | VCNA Prairie Inc. | $ 15,603.52 | $ 0.00 | $ 0.00 |
| 28 | Diamond Blade Solutions | $ 70,428.29 | $ 0.00 | $ 0.00 |
| 29 | O'Neil & O'Neil Inc. | $ 75,000.00 | $ 0.00 | $ 0.00 |
| 31 | GE Capital Retail Bank | $ 632.88 | $ 0.00 | $ 0.00 |
| 32U | Wisconsin Department of Revenue | $ 2,182.19 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $_____ 0.00

Remaining Balance          $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /S/ BERNARD J. NATALE

TRUSTEE

*BERNARD J. NATALE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| KING CUT CONCRETE CUTTERS INC. | ) | CASE NO: 15-80868 |
| | ) | |
| DEBTOR(S) | ) | CHAPTER 7 |

<u>APPLICATION OF TRUSTEE'S COUNSEL OF OTHER PROFESSIONALS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>

TO:  HONORABLE THOMAS M. LYNCH, BANKRUPTCY JUDGE, FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

BERNARD J. NATALE, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1.  An order for relief under Chapter 7 was entered on March 31, 2015. This Court on May 18, 2015 authorized the employment of the Applicant to serve as counsel for the Trustee. Counsel has received $16,814.73 in previously awarded compensation and reimbursement of expenses.

2.  Applicant requests $15,053.75 in compensation for 46.10 hours of services performed for the period of 12/01/15 through 04/30/17, and reimbursement of actual expenses in the amount of $75.61.

3.  A description of the nature of the services rendered by the Applicant is as follows:

See Exhibit F-1, attached hereto.

4.  Attached as Exhibit F-1 is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the person who performed those services and a description of the work performed.

1

5.      The time expended and services rendered by the Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|----------|-------|-------------|-------|
| Bernard J. Natale | 43.15 | $325 | $ 14,021.25 |
| Bernard J. Natale | 2.95 | $350 | $  1,032.50 |

6.      Attached as Exhibit F-2 is an itemized statement of the actual expenses incurred by the Applicant.

7.      Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

8.      At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

9.      WHEREFORE, Applicant requests that it be awarded reasonable compensation of $15,053.75 and reimbursement of actual and necessary expenses of $75.61 for legal services rendered in this case.

Dated: May 11, 2017

                          RESPECTFULLY SUBMITTED,


                          BY: /S/      BERNARD J. NATALE
                               BERNARD J. NATALE, TRUSTEE
                               BERNARD J. NATALE, LTD
                               EDGEBROOK OFFICE CENTER
                               1639 N ALPINE ROAD, SUITE 401
                               ROCKFORD, ILLINOIS 61107
                               PHONE: 815-964-4700

2

# Bernard J Natale, Ltd

**1639 N Alpine Road**
**Rockford IL 61107**
Phone (815) 964-4700

**Statement**

| DATE |
|---|
| 5/11/2017 |

King Cut Concrete Cutters Inc
% Bernard J. Natale, Trustee
Attorney Services-BJN

| ACCT NO. | AMOUNT DUE |
|---|---|
| 15.036 | $15,053.75 |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 11/30/2015 | Balance forward | | | | 0.00 |
| 12/01/2015 | Preparation of Notice, Application for Award of Interim Attorney Fees and Expenses and Order Re: Same | 1 | 325.00 | 325.00 | 325.00 |
| 12/07/2015 | Telephone Conference with Attorney Paul Padron Re: All Pending Issues in Greco Litigation | 0.3 | 325.00 | 97.50 | 422.50 |
| 12/09/2015 | Preparation of Affidavit of Proposed Accountant | 0.25 | 325.00 | 81.25 | 503.75 |
| 12/10/2015 | Preparation of Notice Re: Trustee's Motion for Employment of Accountant for Trustee, Motion and Order Re: Same | 0.75 | 325.00 | 243.75 | 747.50 |
| 12/21/2015 | Court Appearance Re: Application for Award of Interim Attorney Fees and Expenses and Motion to Authorize Employment of Accountant | 1 | 325.00 | 325.00 | 1,072.50 |
| 12/21/2015 | Correspondence to Accountant, Neal Richardson, with Enclosed Order Authorizing Employment of Accountants | 0.25 | 325.00 | 81.25 | 1,153.75 |
| 12/30/2015 | E-mail Correspondence to Attorney Ostler Re: Receivable Collection Reports and Follow-up | 0.25 | 325.00 | 81.25 | 1,235.00 |
| 12/30/2015 | Receipt and Review E-mail Response from Attorney Ostler Re: Bank Secured Claim and Emil Marunde Claims | 0.2 | 325.00 | 65.00 | 1,300.00 |

| AMOUNT DUE |
|---|
| $15,053.75 |

# Bernard J Natale, Ltd

**1639 N Alpine Road**
**Rockford IL 61107**
Phone (815) 964-4700

**Statement**

| DATE |
|------|
| **5/11/2017** |

King Cut Concrete Cutters Inc
% Bernard J. Natale, Trustee
Attorney Services-BJN

| | ACCT NO. | AMOUNT DUE |
|---|---|---|
| | **15.036** | **$15,053.75** |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
|------|-------------|--------|------|--------|---------|
| 01/06/2016 | Telephone Conference with Attorney Padron Re: Greco Construction Counter-Claim, Foreclosure of Mechanics Lien, Issuance of Discovery and Pending Settlement Discusions | 0.4 | 325.00 | 130.00 | 1,430.00 |
| 01/07/2016 | Receipt and Review E-mail Correspondence from Attorney Silverman Re: Receivable Report, Final Accounting and Turnover of Funds | 0.2 | 325.00 | 65.00 | 1,495.00 |
| 01/07/2016 | Receipt and Review E-mail Correspondence from Attorney Ostler to Attorney Silverman Re: American Door Invoices, Updated Receivable Report | 0.2 | 325.00 | 65.00 | 1,560.00 |
| 01/20/2016 | Preparation of Notice, (6) Count Objection to Claims and (6) Orders Re: Same | 1.5 | 325.00 | 487.50 | 2,047.50 |
| 01/26/2016 | Receipt and Review E-mail Correspondence from Attorney Padron with Enclosed Settlement Conference Order Re: Greco, Reply to Same | 0.4 | 325.00 | 130.00 | 2,177.50 |
| 02/02/2016 | Receipt and Review E-mail Correspondence from Attorney Padron with Enclosed Pre-Trial Settlement Order | 0.35 | 325.00 | 113.75 | 2,291.25 |
| 02/16/2016 | Receipt and Review E-mail Correspondence from Attorney Ostler with Enclosed Response to Trustee's Objection to Claim #19 of Greco/Pritano Joint Venture | 0.6 | 325.00 | 195.00 | 2,486.25 |

| AMOUNT DUE |
|------------|
| **$15,053.75** |

# Bernard J Natale, Ltd

**Statement**

1639 N Alpine Road
Rockford IL 61107

Phone (815) 964-4700

| DATE |
| --- |
| 5/11/2017 |

King Cut Concrete Cutters Inc
% Bernard J. Natale, Trustee
Attorney Services-BJN

| ACCT NO. | AMOUNT DUE |
| --- | --- |
| 15.036 | $15,053.75 |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 02/16/2016 | Reply E-mail to Attorney Ostler Re: Trustee's Objection to Claim of Greco/Pirtano Joint Venture | 0.25 | 325.00 | 81.25 | 2,567.50 |
| 02/17/2016 | Further E-mail Reply to Attorney Ostler Re: Trustee's Objection to Greco/Pirtano Claim | 0.25 | 325.00 | 81.25 | 2,648.75 |
| 02/22/2016 | Court Appearance Re: Trustee's Objection to Claims | 1 | 225.00 | 225.00 | 2,873.75 |
| 02/29/2016 | Receipt and Review Sheri Corley Amended Claim with Supporting Documentation in Response to Trustee's Objection to Original Claim | 0.35 | 325.00 | 113.75 | 2,987.50 |
| 02/29/2016 | Telephone Conference with Attorney Silverman Re: Accounts Receivable, Trustee's Objection to Claims and IRS Claims | 0.2 | 325.00 | 65.00 | 3,052.50 |
| 03/08/2016 | Receipt and Review Motion for Roger Lee, Jr and Gina Lee to Lift Automatic Stay to Extent of Available Insurance Coverage, Review Motion, Circuit Clerk Complaint and Order Granting Motion for Relief | 0.4 | 325.00 | 130.00 | 3,182.50 |
| 03/10/2016 | Telephone Conference with Attorney Ostler Re: Trustee's Objection to Greco Claim | 0.2 | 325.00 | 65.00 | 3,247.50 |
| 03/14/2016 | Court Appearance Re: Continued Hearing on Trustee's Objection to Greco/Pritano Claim #19 | 1 | 325.00 | 325.00 | 3,572.50 |
| 03/23/2016 | Court Appearance Re: Lee Motion for Relief from Stay | 0.75 | 325.00 | 243.75 | 3,816.25 |

| AMOUNT DUE |
| --- |
| $15,053.75 |

# Bernard J Natale, Ltd

**1639 N Alpine Road**
**Rockford IL 61107**

Phone (815) 964-4700

**Statement**

| DATE |
|------|
| **5/11/2017** |

King Cut Concrete Cutters Inc
% Bernard J. Natale, Trustee
Attorney Services-BJN

| ACCT NO. | AMOUNT DUE |
|----------|------------|
| **15.036** | **$15,053.75** |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
|------|-------------|--------|------|--------|---------|
| 03/23/2016 | E-mail Correspondence to Attorney Silverman Re: Receivable Status | 0.25 | 325.00 | 81.25 | 3,897.50 |
| 04/01/2016 | Telephone Conference with Attorney Silverman Re: All Pending Issures | 0.2 | 325.00 | 65.00 | 3,962.50 |
| 04/02/2016 | Receipt and Review E-mail Correspondence from Attorney Silverman Re: Report & Status with Enclosed Outstanding Invoice List, 3/1/15 - 4/1/16 Payment History Report, and 4/1/16 Payment History Report | 0.8 | 325.00 | 260.00 | 4,222.50 |
| 04/11/2016 | Receipt and Review E-mail Correspondence from Attorney Silverman Re: Final Lien Waivers Re: Rock Roads Various Jobs, Reply to Same | 0.3 | 325.00 | 97.50 | 4,320.00 |
| 04/13/2016 | Receipt and Review Correspondence from Wisconsin Department of Revenue and Indiana Department of Revenue Re: Withholding Taxes | 0.3 | 325.00 | 97.50 | 4,417.50 |
| 04/14/2016 | Receipt and Review Correspondence from Indiana Department of Workforce Development with Enclosed Unemployment Tax Liability Sheet and Claim Regarding Same | 0.2 | 325.00 | 65.00 | 4,482.50 |
| 04/14/2016 | Correspondence to Wisconsin Department of Revenue with Enclosures Re: Collection of Taxes and Filing Proof of Claim | 0.35 | 325.00 | 113.75 | 4,596.25 |
| 04/14/2016 | Correspondence to Indiana Department of Revenue with Enclosures Re: Withholding Tax and Proof of Claim | 0.35 | 325.00 | 113.75 | 4,710.00 |

| AMOUNT DUE |
|------------|
| **$15,053.75** |

# Bernard J Natale, Ltd

**1639 N Alpine Road**
**Rockford IL 61107**

Phone (815) 964-4700

**Statement**

| DATE |
|------|
| **5/11/2017** |

King Cut Concrete Cutters Inc
% Bernard J. Natale, Trustee
Attorney Services-BJN

| ACCT NO. | AMOUNT DUE |
|----------|------------|
| **15.036** | **$15,053.75** |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
|------|-------------|--------|------|--------|---------|
| 04/15/2016 | Receipt and Review 3 Separate Correspondence from Internal Revenue Service Re: Notice of Intent to Levy and Seize Property of Estate | 0.4 | 325.00 | 130.00 | 4,840.00 |
| 04/18/2016 | Telephone Conference with Attorney Padron Re: Greco Dupage County Litigation | 0.3 | 325.00 | 97.50 | 4,937.50 |
| 04/19/2016 | Attendance at Pre-Trial Conference Re: Greco Construction at Dupage County Circuit Court | 3 | 325.00 | 975.00 | 5,912.50 |
| 04/20/2016 | Correspondence to Indiana Work Force with Enclosures Re: Case Filing and Automatic Stay | 0.25 | 325.00 | 81.25 | 5,993.75 |
| 04/20/2016 | Receipt and Review Correspondence from Village of Johnsburg Re: Business Registration | 0.2 | 325.00 | 65.00 | 6,058.75 |
| 04/20/2016 | Correspondence to the Department of Treasury with Enclosures Re: Bankruptcy Stay and Violation of Stay Re: Attempt to Levy or Seize Property | 0.25 | 325.00 | 81.25 | 6,140.00 |
| 04/20/2016 | E-mail Correspondence to Attorney Padron Re: Circuit Court's Recommendation Re: Settlement | 0.25 | 325.00 | 81.25 | 6,221.25 |
| 04/20/2016 | Receipt and Review E-mail Response from Attorney Padron Re: Dupage County Circuit Court's Recommendation Re: Settlement, Reply to Same | 0.35 | 325.00 | 113.75 | 6,335.00 |
| 04/22/2016 | Telephone Conference with Attorney Ostler Re: Trustee's Objection to Claim of Greco | 0.2 | 325.00 | 65.00 | 6,400.00 |

| AMOUNT DUE |
|------------|
| **$15,053.75** |

# Bernard J Natale, Ltd

**1639 N Alpine Road**
**Rockford IL 61107**
Phone (815) 964-4700

**Statement**

| DATE |
| --- |
| 5/11/2017 |

King Cut Concrete Cutters Inc
% Bernard J. Natale, Trustee
Attorney Services-BJN

| ACCT NO. | AMOUNT DUE |
| --- | --- |
| 15.036 | $15,053.75 |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 04/22/2016 | Telephone Conference with Attorney McCardle Re: Offer & Compromise on Trustee's Greco Receivable Claim | 0.2 | 325.00 | 65.00 | 6,465.00 |
| 04/22/2016 | Receipt and Review Correspondence from Martinez Underground Inc Re: ISTHA Project and Sub-Contractors Verified Certificate Covering Payment | 0.2 | 325.00 | 65.00 | 6,530.00 |
| 04/25/2016 | Court Appearance Re: Continued Hearing on Trustee's Objection to Claim #19 of Greco/Pritano Joint Venture | 1 | 325.00 | 325.00 | 6,855.00 |
| 04/28/2016 | Correspondence to Attorney Silverman with Enclosures Re: Martinez Underground Inc. | 0.25 | 325.00 | 81.25 | 6,936.25 |
| 04/28/2016 | Receipt and Review Correspondence from Wisconsin Department of Revenue Re: Account Inactivation and File Requirements | 0.2 | 325.00 | 65.00 | 7,001.25 |
| 04/28/2016 | E-mail Correspondence to Attorney Padron Re: Greco Offer and Compromise | 0.25 | 325.00 | 81.25 | 7,082.50 |
| 04/29/2016 | Receipt and Review E-mail Correspondence from Attorney Padron Re: Greco Offer to Settle with Trustee | 0.2 | 325.00 | 65.00 | 7,147.50 |
| 04/29/2016 | Receipt and Review E-mail Correspondence from Attorney Mc Ardle Re: Greco Offer to Settle | 0.2 | 325.00 | 65.00 | 7,212.50 |
| 04/29/2016 | E-mail Correspondence to Attorney McArdle Re: Confirmation of Greco Settlement | 0.25 | 325.00 | 81.25 | 7,293.75 |

| AMOUNT DUE |
| --- |
| $15,053.75 |

# Bernard J Natale, Ltd

**1639 N Alpine Road**
**Rockford IL 61107**

Phone (815) 964-4700

**Statement**

| DATE |
|------|
| **5/11/2017** |

King Cut Concrete Cutters Inc
% Bernard J. Natale, Trustee
Attorney Services-BJN

| ACCT NO. | AMOUNT DUE |
|----------|------------|
| **15.036** | **$15,053.75** |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
|------|-------------|--------|------|--------|---------|
| 05/02/2016 | Receipt and Review E-mail Correspondence from Attorney McArdle Re: Documentation on Motion to Compromise Re: Greco | 0.2 | 325.00 | 65.00 | 7,358.75 |
| 05/02/2016 | Receipt and Review E-mail Correspondence from Attorney Ahrens to District Court Judge William Conley, Western District of Wisconsin, Re: Wisconsin Laborers Pension Fund v Debtor | 0.2 | 325.00 | 65.00 | 7,423.75 |
| 05/02/2016 | Receipt and Review Correspondence from Westfield Insurance Re: Demand for Payment of Deductible | 0.2 | 325.00 | 65.00 | 7,488.75 |
| 05/02/2016 | Correspondence to Westfield Insurance Agency Re: Case Filing, Case Status and Unsecured Claim | 0.25 | 325.00 | 81.25 | 7,570.00 |
| 05/03/2016 | Receipt and Review E-mail Correspondence from Attorney Kreuzer Re: Substitution of Counsel Re: Paul Padron Insurance Defense and Settlement of Greco Claim | 0.2 | 325.00 | 65.00 | 7,635.00 |
| 05/05/2016 | Receipt and Review E-mail Correspondence from Wyndman Professionals Re: Comcast | 0.2 | 325.00 | 65.00 | 7,700.00 |
| 05/05/2016 | Receipt and Review E-mail Correspondence from Attorney McArdle Re: Offer and Compromise Re: Greco | 0.2 | 325.00 | 65.00 | 7,765.00 |
| 05/06/2016 | Preparation of Employer's Annual Reconcilation to Wisconsin Department of Revenue | 0.4 | 325.00 | 130.00 | 7,895.00 |

| AMOUNT DUE |
|------------|
| **$15,053.75** |

# Bernard J Natale, Ltd

**1639 N Alpine Road**
**Rockford IL 61107**

Phone (815) 964-4700

**Statement**

| DATE |
| :---: |

**5/11/2017**

King Cut Concrete Cutters Inc
% Bernard J. Natale, Trustee
Attorney Services-BJN

| | ACCT NO. | AMOUNT DUE |
| :---: | :---: | :---: |
| | **15.036** | **$15,053.75** |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
| :---: | :--- | :---: | :---: | :---: | :---: |
| 05/09/2016 | Receipt and Review Correspondence from Internal Revenue Service Re: Form 2845 Re: Prior Accountant Jan Aquafredda | 0.2 | 325.00 | 65.00 | 7,960.00 |
| 05/09/2016 | Correspondence to Wyndman Professionals Re: Comcast with Enclosures | 0.25 | 325.00 | 81.25 | 8,041.25 |
| 05/09/2016 | Receipt and Review E-mail Correspondence from Attorney McArdle Re: Procedure Greco Motion to Compromise | 0.2 | 325.00 | 65.00 | 8,106.25 |
| 05/09/2016 | Receipt and Review E-mail Correspondence from Attorney McArdle with Enclosed King Cut Complaint and Greco Counter-Claim, Review Same | 0.6 | 325.00 | 195.00 | 8,301.25 |
| 05/10/2016 | Drafting Motion to Compromise a Controversy Re: Greco | 0.5 | 325.00 | 162.50 | 8,463.75 |
| 05/10/2016 | Continued Preparation of Motion to Compromise a Controversy Re: Greco, Review, Edit and Revise Same | 0.4 | 325.00 | 130.00 | 8,593.75 |
| 05/11/2016 | Continued Preparation of Motion to Compromise a Controversy, Continued Revisions and Edits to Same, Drafting Order Approving Compromise, Review, Edit and Revise Order | 0.6 | 325.00 | 195.00 | 8,788.75 |

| AMOUNT DUE |
| :---: |
| **$15,053.75** |

# Bernard J Natale, Ltd

**1639 N Alpine Road**
**Rockford IL 61107**

Phone (815) 964-4700

**Statement**

| DATE |
|------|
| **5/11/2017** |

King Cut Concrete Cutters Inc
% Bernard J. Natale, Trustee
Attorney Services-BJN

| ACCT NO. | AMOUNT DUE |
|----------|------------|
| **15.036** | **$15,053.75** |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
|------|-------------|--------|------|--------|---------|
| 05/12/2016 | Preparation of Notice to Compromise a Controversy, Review Service List and Provide Amendments to Same, Continued Preparation, Review & Edit Motion to Compromise a Controversy, Continued Review, Edit and Preparation on Trustee's Order to Compromise, E-mail Draft Notice, Motion and Order to Attorneys McArdle, Ostler and Kreuzer | 0.85 | 325.00 | 276.25 | 9,065.00 |
| 05/16/2016 | Receipt and Review Correspondence from Indiana Department of Revenue Re: Proposed Withholding Assessment for Period ending 12/31/15 | 0.2 | 325.00 | 65.00 | 9,130.00 |
| 05/16/2016 | Receipt and Review E-mail Correspondence from Attorney McArdle with Proposed Revisions to Motion to Approve Compromise Re: Greco, E-mail Reply to Attorney McArdle Re: Same | 0.45 | 325.00 | 146.25 | 9,276.25 |
| 05/17/2016 | Continued Preparation of Notice, Motion to Compromise a Controversy, Review, Edit and Revise Order Approving Same | 0.45 | 325.00 | 146.25 | 9,422.50 |
| 05/18/2016 | Receipt and Review E-mail Correspondence from Attorney McArdle's Office with Attached Dupage County Action Order Re: Discovery Status | 0.35 | 325.00 | 113.75 | 9,536.25 |
| 05/18/2016 | Receipt and Review E-mail Correspondence from Attorney Silverman with E-mail Correspondence Thread Re: IRS Levy | 0.3 | 325.00 | 97.50 | 9,633.75 |

| AMOUNT DUE |
|------------|
| **$15,053.75** |

# Bernard J Natale, Ltd

**1639 N Alpine Road**
**Rockford IL 61107**

Phone (815) 964-4700

**Statement**

| DATE |
| --- |

**5/11/2017**

King Cut Concrete Cutters Inc
% Bernard J. Natale, Trustee
Attorney Services-BJN

| ACCT NO. | AMOUNT DUE |
| --- | --- |
| 15.036 | $15,053.75 |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 05/19/2016 | E-mail Response to Attorney Silverman Re: IRS Levy, Case Status, Tax Returns and Estate Assets | 0.25 | 325.00 | 81.25 | 9,715.00 |
| 06/01/2016 | Receipt and Review E-mail Correspondence from Attorney Silverman with Enclosed Stipulation for Dismissal and Order for Dismissal Re: Wisconsin Laborers Complaint, Reply to Same | 0.3 | 325.00 | 97.50 | 9,812.50 |
| 06/01/2016 | Receipt and Review E-mail Correspondence from Attorney Kreuzer Re: Trustee's Motion to Compromise Re: Greco and Dupage County Settlement Status, Reply to Same | 0.3 | 325.00 | 97.50 | 9,910.00 |
| 06/01/2016 | Receipt and Review 3rd E-mail from Attorney Kreuzer Re: King Cut Resolution of Mechanics Lien Claim | 0.2 | 325.00 | 65.00 | 9,975.00 |
| 06/07/2016 | Receipt and Review Correspondence from Illinois Department of Labor Re: Prevailing Wage Rate | 0.2 | 325.00 | 65.00 | 10040.00 |
| 06/08/2016 | Court  Appearance Re: Motion to Compromise a Controversy Re: Greco | 1 | 325.00 | 325.00 | 10365.00 |
| 06/08/2016 | Receipt and Review E-mail Correspondence from Attorney McArdle with Enclosed Draft Release Lien Claim, Stip to Dismiss and Order Dismissing Amended Greco Complaint , Review Release, Stip and Order | 0.9 | 325.00 | 292.50 | 10657.50 |

| AMOUNT DUE |
| --- |
| $15,053.75 |

# Bernard J Natale, Ltd

**1639 N Alpine Road**
**Rockford IL 61107**

Phone (815) 964-4700

**Statement**

| DATE |
| --- |
| **5/11/2017** |

King Cut Concrete Cutters Inc
% Bernard J. Natale, Trustee
Attorney Services-BJN

| ACCT NO. | AMOUNT DUE |
| --- | --- |
| **15.036** | **$15,053.75** |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 06/10/2016 | **E-mail Correspondence to Attorney McArdle with CC to Attorney Kreuzer Re: Stipulation to Dismiss Dupage County Complaint and Release of Mechanics Lien** | 0.3 | 325.00 | 97.50 | 10755.00 |
| 06/10/2016 | **Correspondence to Attorneys McArdle and Kreuzer with Enclosed Order Approving Compromise and Settlement and Closing Procedures** | 0.35 | 325.00 | 113.75 | 10868.75 |
| 06/10/2016 | **Receipt and Review E-mail Correspondence from Attorney Kruezer Re: Release, Stip and Order** | 0.2 | 325.00 | 65.00 | 10933.75 |
| 06/13/2016 | **Receipt and Reivew E-mail Correspondence from Attorney McArdle with CC to Attorney Kruezer Re: Greco Stipulation and Order** | 0.2 | 325.00 | 65.00 | 10998.75 |
| 06/14/2016 | **Receipt and Review E-mail Correspondence from Attorney Kruezer Re: Procedures for Dismissal** | 0.2 | 325.00 | 65.00 | 11063.75 |
| 06/14/2016 | **E-mail Correspondence to Attorneys McArdle and Kruezer Re: Changes to Stipulation Re: Greco** | 0.25 | 325.00 | 81.25 | 11145.00 |
| 06/15/2016 | **Preparation of Red-lined Verison of Stipulation to Dismiss Greco Amended Complaint Pending in Dupage County, E-mail Correspondence to Attorneys McArdle and Kruezer with Proposed Red-lined Changes** | 0.9 | 325.00 | 292.50 | 11437.50 |

| AMOUNT DUE |
| --- |
| **$15,053.75** |

# *Bernard J Natale, Ltd*

**Statement**

**1639 N Alpine Road**
**Rockford IL 61107**

Phone (815) 964-4700

| DATE |
| --- |
| **5/11/2017** |

King Cut Concrete Cutters Inc
% Bernard J. Natale, Trustee
Attorney Services-BJN

| ACCT NO. | AMOUNT DUE |
| --- | --- |
| **15.036** | **$15,053.75** |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 06/16/2016 | Receipt and Review E-mail Responses from Attorneys McArdle and Kruezer Re: Trustee's Proposed Changes to Stipulation to Dismiss Dupage County Litigation Re: Greco | 0.3 | 325.00 | 97.50 | 11535.00 |
| 06/21/2016 | Receipt and Review E-mail Correspondence from Attorney Kruezer Re: Status of Dismissal | 0.2 | 325.00 | 65.00 | 11600.00 |
| 06/21/2016 | Receipt and Review E-mail Response from Attorney McArdle Re: Status of Dismissal | 0.2 | 325.00 | 65.00 | 11665.00 |
| 06/21/2016 | Receipt and Review 2nd E-mail Correspondence from Attorney McArdle with Attached Proof of Payment | 0.2 | 325.00 | 65.00 | 11730.00 |
| 06/23/2016 | Receipt and Review Correspondence from Attorney McArdle Re: Stipulation to Dismiss Greco Dupage County Lawsuit | 0.2 | 325.00 | 65.00 | 11795.00 |
| 06/24/2016 | Continued Preparation of Stipulation to Dismiss Greco Dupage County Circuit Court Matter, Correspondence to Attorneys McArdle and Kruezer with Enclosed Executed Stipulation | 0.7 | 325.00 | 227.50 | 12022.50 |
| 06/29/2016 | Receipt and Review E-mail Correspondence from Attorney Silverman Re: Case Status and Distributions | 0.2 | 325.00 | 65.00 | 12087.50 |
| 07/05/2016 | E-mail Correspondence to Attorney Silverman Re: Case Status, Tax Returns Issues, and Miscellaneous Case Closing Issues | 0.25 | 325.00 | 81.25 | 12168.75 |

| AMOUNT DUE |
| --- |
| **$15,053.75** |

# Bernard J Natale, Ltd

**1639 N Alpine Road**
**Rockford IL 61107**

Phone (815) 964-4700

**Statement**

| DATE |
| --- |
| 5/11/2017 |

King Cut Concrete Cutters Inc
% Bernard J. Natale, Trustee
Attorney Services-BJN

| ACCT NO. | AMOUNT DUE |
| --- | --- |
| 15.036 | $15,053.75 |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 07/12/2016 | Receipt and Review E-mail Correspondence from Attorney Kruezer with Enclosed Order Dismissing Greco Complaint | 0.2 | 325.00 | 65.00 | 12233.75 |
| 08/05/2016 | Receipt and Review E-mail Correspondence from Carol Bork with Enclosed Subpoenaed Depositions Witness Statements | 0.2 | 325.00 | 65.00 | 12298.75 |
| 08/11/2016 | Receipt and Review Forwarded E-mail from Attorney Silverman with Re: Panoceanic | 0.2 | 325.00 | 65.00 | 12363.75 |
| 08/26/2016 | Receipt and Review 2015 Illinois and Federal Tax Returns, Preparation of Prompt Determination Correspondence IRS and State of Illinois with Enclosures | 0.5 | 325.00 | 162.50 | 12526.25 |
| 08/29/2016 | Correspondence to Attorney Silverman Re: 2015 Corporate Tax Returns Form 1120S and Schedule K-1 with CC to Neal Richardson | 0.25 | 325.00 | 81.25 | 12607.50 |
| 09/12/2016 | Receipt and Review Wipfli LLP Itemization of Accounting Fees | 0.2 | 325.00 | 65.00 | 12672.50 |
| 09/13/2016 | Preparation of Notice, Trustee's Application to Pay Accounting Fees of Wipfli LLP and Neal Richardson and Order Re: Same | 1 | 325.00 | 325.00 | 12997.50 |
| 10/05/2016 | Court Appearance Re: Application for Compensation Re: Trustee's Accountants | 1 | 325.00 | 325.00 | 13322.50 |
| 10/07/2016 | Correspondence to Neal Richardson with Enclosures Re: Accounting Fees | 0.25 | 325.00 | 81.25 | 13403.75 |

| AMOUNT DUE |
| --- |
| $15,053.75 |

# Bernard J Natale, Ltd

**1639 N Alpine Road**
**Rockford IL 61107**

Phone (815) 964-4700

**Statement**

| DATE |
|---|
| **5/11/2017** |

King Cut Concrete Cutters Inc
% Bernard J. Natale, Trustee
Attorney Services-BJN

| | ACCT NO. | AMOUNT DUE |
|---|---|---|
| | **15.036** | **$15,053.75** |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 10/14/2016 | Receipt and Review Correspondence from Internal Revenue Service Re: Prompt Determination | 0.1 | 325.00 | 32.50 | 13436.25 |
| 10/27/2016 | Correspondence to Mercy Health Systems Re: Collection Activity | 0.25 | 325.00 | 81.25 | 13517.50 |
| 11/28/2016 | Telephone Conference with Attorney Matt Bing Re: King Cut Insurance Policy Re: Cook County Litigation | 0.2 | 325.00 | 65.00 | 13582.50 |
| 12/06/2016 | Receipt and Review E-mail Correspondence from Rochelle Czernicki Re: Corner Stone Pavers Lien Waivers | 0.2 | 325.00 | 65.00 | 13647.50 |
| 12/07/2016 | E-mail Response to Rochelle Czernicki of Corner Stone Pavers Re: Lien Waivers | 0.25 | 325.00 | 81.25 | 13728.75 |
| 12/07/2016 | Receipt and Review E-mail Reply from Corner Store Pavers Re: Final Lien Waivers on Multiple Jobs, Review Lien Waivers and Execute Same, Forward Same to Creditor Upon Receipt of Funds | 0.4 | 325.00 | 130.00 | 13858.75 |
| 12/09/2016 | Receipt and Review Correspondence from Corner Stone Pavers with Enclosures and Proposed Release of Liens and Correspondence to Corner Stone with Enclosed Executed Lien Waivers | 0.5 | 325.00 | 162.50 | 14021.25 |
| 01/23/2017 | E-mail Correspondence to Neal Richardson Re: Final Tax Returns, Receipt and Review Reply Re: Same | 0.2 | 350.00 | 70.00 | 14091.25 |

| AMOUNT DUE |
|---|
| **$15,053.75** |

# Bernard J Natale, Ltd

**1639 N Alpine Road**
**Rockford IL 61107**
Phone (815) 964-4700

**Statement**

| DATE |
|------|
| **5/11/2017** |

**King Cut Concrete Cutters Inc**
**% Bernard J. Natale, Trustee**
**Attorney Services-BJN**

| ACCT NO. | AMOUNT DUE |
|----------|------------|
| **15.036** | **$15,053.75** |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
|------|-------------|--------|------|--------|---------|
| 02/07/2017 | Review and Execute 2016 Federal and State Tax Returns, Preparation of Correspondence to Illinois Department of Revenue and Internal Revenue Service with Enclosures Re: Request for Prompt Determination | 0.5 | 350.00 | 175.00 | 14266.25 |
| 03/29/2017 | Preparation of Notice, Application to Pay Final Accounting Fees, and Order Re: Same | 1 | 350.00 | 350.00 | 14616.25 |
| 04/19/2017 | Court Appearance Re: Application to Pay Fees of Accountant | 1 | 350.00 | 350.00 | 14966.25 |
| 04/24/2017 | Correspondence to Neal Richardson with Enclosures Re: Payment of Adminstrataive Expenses | 0.25 | 350.00 | 87.50 | 15053.75 |

| AMOUNT DUE |
|------------|
| **$15,053.75** |

# Bernard J Natale, Ltd

**1639 N Alpine Road**
**Rockford IL 61107**
Phone (815) 964-4700

**Statement**

| DATE |
| --- |
| **4/30/2017** |

King Cut Concrete Cutters Inc
% Bernard J. Natale, Trustee
Expenses

| ACCT NO. | AMOUNT DUE |
| --- | --- |
| **15.036** | **$75.61** |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 11/30/2015 | Balance forward | | | | 0.00 |
| 12/01/2015 | Expenses for Copies Re: Application for Award of Attorneys Fees and Expenses | 24 | 0.30 | 7.20 | 7.20 |
| 12/01/2015 | Expenses for Postage Re: Application for Award of Attorneys Fees and Expenses | 24 | 0.485 | 11.64 | 18.84 |
| 12/10/2015 | Expenses for Copies Re: Motion to Authorize Employment of Accountant for Trustee | 24 | 0.30 | 7.20 | 26.04 |
| 12/10/2015 | Expenses for Postage Re: Motion to Authorize Employment of Accountant for Trustee | 24 | 0.485 | 11.64 | 37.68 |
| 01/20/2016 | Expenses for Copies Re: Trustee's Objection to Claims | 24 | 0.30 | 7.20 | 44.88 |
| 01/20/2016 | Expenses for Postage Re: Trustee's Objection to Claims | 0.6 | 0.485 | 0.29 | 45.17 |
| 08/29/2016 | Expenses for Postage for 2015 Federal and State Taxes | 2 | 1.57 | 3.14 | 48.31 |
| 08/29/2016 | Expenses for Postage for 2015 Federal and State Taxes | 2 | 1.99 | 3.98 | 52.29 |
| 02/09/2017 | Expenses for Postage for 2016 Federal and State Tax Returns with Enclosed Letter of Prompt Determination | 2 | 1.82 | 3.64 | 55.93 |
| 02/09/2017 | Expenses for Postage for 2016 Federal and State Tax Returns | 2 | 1.10 | 2.20 | 58.13 |
| 03/29/2017 | Expenses for Copies Re: Application to Pay Final Accounting Fees | 23 | 0.30 | 6.90 | 65.03 |
| 03/29/2017 | Expenses for Postage Re: Application to Pay Final Accounting Fees | 23 | 0.46 | 10.58 | 75.61 |

| AMOUNT DUE |
| --- |
| **$75.61** |