UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:                                          §
                                                §
KING CUT CONCRETE CUTTERS INC.                  §    Case No. 15-80868
                                                §
           Debtor                               §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        United States Bankruptcy Court
        Northern District of Illinois
        Western Division
        327 S. Church Street, Room 1100
        Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 07/05/2017 in Courtroom 3100,

        United States Bankruptcy Court
        327 S Church Street
        Rockford IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/07/2017                    By: /S/ BERNARD J. NATALE
                                                                       TRUSTEE

*BERNARD J. NATALE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: §
§
§
KING CUT CONCRETE CUTTERS INC. §   Case No. 15-80868
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 274,515.93 |
| and approved disbursements of | $ | 52,655.96 |
| leaving a balance on hand of[1] | $ | 221,859.97 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 21 | Laborers' Pension & Welfare Funds | $ 508,638.74 | $ 508,638.74 | $ 0.00 | $ 0.00 |
| 4 | First Midwest Bank | $ 245,293.97 | $ 245,293.97 | $ 0.00 | $ 0.00 |
| 5 | First Midwest Bank | $ 156,004.54 | $ 156,004.54 | $ 0.00 | $ 0.00 |
| 6 | First Midwest Bank | $ 100,430.52 | $ 100,430.52 | $ 0.00 | $ 0.00 |
| 7S | Department of the Treasury | $ 128,979.45 | $ 128,979.45 | $ 0.00 | $ 128,979.45 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 128,979.45 |
| Remaining Balance | $ | 92,880.52 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 16,975.80 | $ 0.00 | $ 16,975.80 |
| Trustee Expenses: BERNARD J. NATALE | $ 13.56 | $ 0.00 | $ 13.56 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 15,053.75 | $ 0.00 | $ 15,053.75 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 75.61 | $ 0.00 | $ 75.61 |
| Accountant for Trustee Fees: WIPFLI LLP | $ 8,533.00 | $ 8,533.00 | $ 0.00 |
| Other: ATTY. BERNARD J. NATALE | $ 16,283.75 | $ 16,283.75 | $ 0.00 |
| Other: ATTY. BERNARD J. NATALE | $ 530.98 | $ 530.98 | $ 0.00 |
| Other: Emil Manrunde | $ 1,393.20 | $ 1,393.20 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 2,261.00 | $ 2,261.00 | $ 0.00 |
| Other: Jan J Acquafredda | $ 520.00 | $ 520.00 | $ 0.00 |
| Other: LTD INTERNATIONAL SURETIES | $ 204.87 | $ 204.87 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses   $             32,118.72

Remaining Balance   $             60,761.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 466,987.03 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8P | U. A. Plumbers Pension Fund Local 130 | $ 6,133.87 | $ 0.00 | $ 6,133.87 |
| 7P | Department of the Treasury | $ 364,191.04 | $ 0.00 | $ 43,169.94 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 13P | Illinois Department of Revenue | $ 7,810.87 | $ 0.00 | $ 925.87 |
| 16P | Illinois Department of Employment Security | $ 83,928.59 | $ 0.00 | $ 9,948.60 |
| 32 | Wisconsin Department of Revenue | $ 4,922.66 | $ 0.00 | $ 583.52 |
| | Total to be paid to priority creditors | | | $ 60,761.80 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 702,094.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 27 | AIG Property Casualty Inc. | $ 3,115.74 | $ 0.00 | $ 0.00 |
| 30 | First Insurance Funding Corp | $ 14,316.03 | $ 0.00 | $ 0.00 |
| 1 | Diamond Discs International | $ 41,733.37 | $ 0.00 | $ 0.00 |
| 2 | Fleetcor Technologies | $ 12,068.72 | $ 0.00 | $ 0.00 |
| 3 | CTLGroup | $ 18,894.88 | $ 0.00 | $ 0.00 |
| 7U | Department of the Treasury | $ 23,324.40 | $ 0.00 | $ 0.00 |
| 8U | U. A. Plumbers Pension Fund Local 130 | $ 8,017.04 | $ 0.00 | $ 0.00 |
| 9 | Silverman Consulting Inc. | $ 29,810.50 | $ 0.00 | $ 0.00 |
| 10 | Diamond Products Limited | $ 1,290.36 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Outdoor Lighting Const. Co. Inc. | $ 2,493.34 | $ 0.00 | $ 0.00 |
| 12 | M. A. R. S. Starters & Alt | $ 1,264.40 | $ 0.00 | $ 0.00 |
| 13U | Illinois Department of Revenue | $ 1,716.19 | $ 0.00 | $ 0.00 |
| 14 | Sherwin Industries Inc. | $ 13,404.40 | $ 0.00 | $ 0.00 |
| 15 | Gordon Flesch Company Inc. | $ 4,899.00 | $ 0.00 | $ 0.00 |
| 16U | Illinois Department of Employment Security | $ 1,240.00 | $ 0.00 | $ 0.00 |
| 18 | DS Services/Hinckley Springs | $ 161.81 | $ 0.00 | $ 0.00 |
| 19 | Greco/Pirtano Joint Venture | $ 210,239.65 | $ 0.00 | $ 0.00 |
| 20 | Robinson Payne LLC | $ 7,540.00 | $ 0.00 | $ 0.00 |
| 22 | Sheri Corley | $ 97,721.49 | $ 0.00 | $ 0.00 |
| 23 | Fastenal Company | $ 14,816.84 | $ 0.00 | $ 0.00 |
| 24 | Graefe & Hansen LTD. | $ 14,518.50 | $ 0.00 | $ 0.00 |
| 25 | Orzinga Ready Mix Concrete Inc. | $ 15,660.52 | $ 0.00 | $ 0.00 |
| 26 | VCNA Prairie Inc. | $ 15,603.52 | $ 0.00 | $ 0.00 |
| 28 | Diamond Blade Solutions | $ 70,428.29 | $ 0.00 | $ 0.00 |
| 29 | O'Neil & O'Neil Inc. | $ 75,000.00 | $ 0.00 | $ 0.00 |
| 31 | GE Capital Retail Bank | $ 632.88 | $ 0.00 | $ 0.00 |
| 32U | Wisconsin Department of Revenue | $ 2,182.19 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors                     $            0.00

Remaining Balance                                                                                  $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

        Prepared By: /S/ BERNARD J. NATALE
                TRUSTEE

*BERNARD J. NATALE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**CASE NO: 15-80868**
**CASE NAME: KING CUT CONCRETE CUTTERS INC.**

**PROOF OF SERVICE**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
|  | ) SS |
| COUNTY OF WINNEBAGO | ) |

      The undersigned, being first duly sworn on oath deposes and states that she served the attached **Notice of Trustee's Final Report and Applications for Compensation** by sending a true and correct copy of said via U S Mail, E-mail, or ECF, as per attached:

      SEE ATTACHED MATRIX

**(EXCEPT AS TO THOSE PARTIES TO RECEIVE ELECTRONIC NOTICE
AS STATED IN THE U S BANKRUPTCY CLERK'S RECIEPT)**

      That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, on the 14th day of June, 2017.

                                                  /s/ Mary Jane D'Angelo


SUBSCRIBED and SWORN to before me
14th day of June, 2017.
/s/   Denise M Bennett
Notary Public

My commission expires July 15, 2018

| | | |
|---|---|---|
| AIG Property Casualty Inc<br>Ryan G Foley<br>175 Water Street 15th Floor<br>New York NY 10038 | CTL Group<br>Brian E Neuffer<br>5400 Old Orchard Road<br>Skokie IL 60077-1030 | DS Services/Hinckley Springs<br>Deborah Johnson, Bankruptcy<br>6750 Discovery Blvd<br>Mableton GA 30126 |
| Department of Treasury<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia PA 19101-7346 | Diamond Blade Solutions<br>S84W18756 Enterprise Drive<br>Muskego WI 53150 | Diamond Disc International<br>% American Fin Mgmt Inc<br>8755 West Higgins Suite 610<br>Chicago IL 60631-2751 |
| Diamond Products Limited<br>Attn: Christine Good<br>333 Prospect Street<br>Elyria OH 44035 | First Midwest Bank<br>One Pierce Place Suite 1500<br>Itasca IL 60143 | Fastenal Company<br>2001 Theurer Blvd<br>Winona MN 55987 |
| First Insurance Funding Corp<br>450 Skokie Blvd Suite 1000<br>Northbrook IL 60062 | Gordon Flesch Company Inc<br>% GFC Leasing Inc<br>Attn: Doug Dietzen<br>P O Box 1708<br>Madison WI 53701 | Fleetcor Technologies<br>16800 Greenspoint Park<br>Suite 225 N<br>Houston TX 77060 |
| GE Capital Retail Bank<br>% Recovery Mgmt Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Illinois Dept of Employment Security<br>33 S State Street<br>10th Floor Collection Bk<br>Chicago IL 60603 | Graefe & Hansen Ltd<br>55 W Monroe Street<br>Suite 3550<br>Chicago IL 60603 |
| Greco/Pirtano Joint Venture<br>%Zukowski Rogers Flood & McArdle<br>Attn: David McArdle<br>50 Virginia Street<br>Crystal Lake IL 60014 | M A R S Starters & Alternators<br>P O Box 703<br>DeKalb IL 60115 | Illinois Department of Revenue<br>Bankruptcy Section<br>P O Box 64338<br>Chicago IL 60664-0338 |
| Laborers' Pension & Welfare Funds<br>% Jerrod Olszewski<br>111 W Jackson Blvd Suite 1415<br>Chicago IL 60604 | Outdoor Lighting Const Co Inc<br>8628 W Calumet Road<br>Milwaukee WI 53224 | O'Neil & O'Neil Inc<br>% Mark O'Neil<br>8424 N Oak<br>Niles IL 60719 |
| Orzinga Ready Mix Concrete Inc<br>Attn: Dave Huitsing<br>19001 Old La Grange Rd Suite 300<br>Mokena IL 60448 | Silverman Consulting Inc<br>% Bruce L Wald<br>200 S Wacker Drive Suite 3000<br>Chicago IL 60606 | U A Plumbers Pension Fund<br>Gregorio Marco<br>2 N LaSalle Street Suite 1650<br>Chicago IL 60602 |
| Sherwin Industries Inc<br>2129 W Morgan Avenue<br>Milwaukee WI 53221 | U S Trustee<br>780 Regent Street<br>Suite 304<br>Madison WI 53715 | VCNA Prairie Inc<br>% John J O'Leary<br>20 North Clark St Suite 850<br>Chicago IL 60602 |
| Wisconsin Dept of Revenue<br>Special Procedures Unit<br>P O Box 8901<br>Madison WI 53708-8901 | Adam Silverman<br>Adelman & Gettleman Ltd<br>53 W Jackson Blvd Suite 1050<br>Chicago IL 60604-3786 | |